**CASE NO. F-CV-03-5439 OWW DLB**

Michael L. Abbott, Esq., C.S.B. # 148917
LAW OFFICES OF MICHAEL L. ABBOTT
1021 Fourteenth Street
Modesto, California 95354
Telephone: (209) 567-1400
Facsimile: (209) 567-1002

Attorney for Defendants, BRANDON SINCLAIR, RICHARD SINCLAIR, GREGORY MAUCHLEY and MAUCTRUST, L.LC, a California corporation, CAPSTONE TRUST, L.L.C. and LAIRTRUST, L.L.C.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION, a California Nonprofit Mutual Benefit Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD SINCLAIR, an individual, BRANDON SINCLAIR, an individual, GREGORY MAUCHLEY, an individual, MAUCTRST, L.L.C., a California corporation; CAPSTONE TRUST, STANLEY FLAKE as TRUSTEE, LAIRTRUST, L.L.C., CAPSTONE, L.L.C. and DOES 1 through 10, inclusive<br><br>    Defendants. | CASE NO. 1: 03 CV 5439 OWW  DLB<br>CONSOLIDATED WITH<br>1: 03 CV 5774 OWW SMS<br>Stanislaus County Superior Court<br>Case No. 332675<br><br>**ORDER ON MOTION TO WITHDRAW AS COUNSEL**<br><br>Date: January 21, 2005<br>Time: 9:00 a.m.<br>Dept: 5<br>Before: MAGISTRATE JUDGE<br>DENNIS L. BECK |

The Motion of Michael L. Abbott to Withdraw as Counsel in the above-entitled matter came on for hearing in Department Five of the above-entitled Court, Magistrate Judge Dennis L. Beck, presiding, on January 21, 2005. Michael L. Abbott appeared for himself, there were no other appearances.

For good cause appearing, IT IS ORDERED that the motion of Michael L. Abbott to withdraw as counsel should be and hereby is, GRANTED.

The address for all defendants is and shall be P.O. Box 1628 Oakdale, California 95361. The phone number for all defendants is and shall be (209)847-8788.

Defendants RICHARD SINCLAIR, BRANDON SINCLAIR, GREGORY MAUCHLEY, and STANLEY FLAKE shall be substituted into the above-entitled matter In Propria Persona and are advised to seek and retain counsel authorized to practice before this Court. Defendants MAUCTRST, L.L.C., a California corporation; CAPSTONE TRUST, L.L.C., and LAIRTRUST, L.L.C. are hereby advised that they may not appear In Propria Persona. Said entities are advised that they must, within 30 days of the date of this order, seek and retain substitute counsel, duly licensed to practice before the above-entitled Court, and have said counsel appear in this matter. Failure to have authorized counsel appear within 30 days of the date of this order shall lead to sanctions at the discretion of the Court, including but not limited to the striking of the answers of said entities and the entry of default.

IT IS SO ORDERED.

May 11, 2005

\_\_\_\_/s/ Dennis L. Beck_____
Magistrate Judge Dennis L. Beck