UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD SINCLAIR, et al.,<br><br>Defendants. | 1: 03 CV F 5439 OWW DLB<br><br>FINDINGS AND RECOMMENDATION RE MOTION TO DROP IMPROPER PARTY<br><br>(Document 91) |

On April 1, 2005, Defendant Timothy Ryan filed the instant motion for an Order dropping him as a defendant on the basis that he was named as an improper party. On May 6, 2005, Plaintiffs filed a notice of non-opposition to the motion. Accoridnlgy, the Court HEREBY RECOMMENDS that Defendant Timothy Ryan be dismissed from this action.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within fifteen (15) days after being served with these findings and recommendations, the parties may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file objections

///

///

1

1  within the specified time may waive the right to appeal the District Court's order. <u>Martinez v.</u>
2  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
3      IT IS SO ORDERED.
4  **Dated:   May 24, 2005**           <u>/s/ Dennis L. Beck</u>
   3b142a                            UNITED STATES MAGISTRATE JUDGE