# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION, et al., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:03cv5439 OWW DLB<br><br>FINDINGS AND RECOMMENDATION REGARDING DEFENDANTS' MOTION FOR DEFAULT JUDGMENT<br><br>(Document 129) |
| Plaintiffs, | | |
| v. | | |
| RICHARD SINCLAIR, et al., | | |
| Defendants. | | |

Defendants filed the instant motion for default judgment on April 28, 2005. Pursuant to Local Rule 78-230(h), the Court has determined that the matter can be submitted without oral argument.

Defendants' request for default judgment is based upon the erroneous belief that the Clerk of Court entered default against Plaintiffs on March 3, 2005. As explained to Defendants at a recent hearing, the request for entry of default did not result in the Clerk entering default because Plaintiffs filed an answer within days of the request for default. Accordingly, the Court HEREBY RECOMMENDS that Defendants' motion for default be denied.

These findings and recommendation will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fifteen (15) days after being served with these findings and recommendation, the parties may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's

1

1  Findings and Recommendation."  The parties are advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
3  F.2d 1153 (9th Cir. 1991).
4      IT IS SO ORDERED.
5  Dated:   June 1, 2005                /s/ Dennis L. Beck
   3b142a                   UNITED STATES MAGISTRATE JUDGE