RICHARD C. SINCLAIR
Attorney at Law
PO BOX 1628
OAKDALE, CA 95361
Telephone: (209) 847-8788
Facsimile (209) 847-7077

Attorney for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNERS ASSOCIATION; ANDREW KATAKIS; CALIFORNIA EQUITY MANAGEMENT GROUP, INC.<br><br>　　　　Plaintiffs,<br>　　vs.<br><br>MAUCTRST, LLC; LAIRTRUST, LLC; CAPSTONE; LLC, CAPSTONE TRUST; GREGORY MAUCHLEY; STANLEY FLAKE; RICHARD SINCLAIR; BRANDON SINCLAIR<br><br>　　　　Defendants. | Case No: 1: 03 CV 5439 OWW DLB<br>AMENDED<br><br>ORDER GRANTING EXTENSION OF TIME TO PLEAD<br>(Fed. R. Civ. P. 12(a)) |

　　　On June 14, 2005, the Defendants moved this court for an extension of time in which to file responsive pleadings or Rule 12 motions. Good cause having been shown,

　　　IT IS ORDERED THAT:

　　　1. The motion of Defendants is GRANTED, and

　　　2. Defendants shall have until July 13, 2005 to file responsive pleadings or Rule 12 motions in connection with the Amended Complaint of Plaintiffs.

　　　IT IS SO ORDERED.

**Dated:　June 16, 2005**　　　　　　　　　　/s/ Dennis L. Beck
3b142a　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE