1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION, et al., | 1:03cv5439 OWW DLB |
| | ORDER RESETTING HEARING DATE FOR DEFENDANTS' MOTIONS TO COMPEL |
| Plaintiffs, | ORDER DIRECTING DEFENDANTS' COUNSEL TO INFORM THE COURT IF SHE ADOPTS THE MOTIONS TO COMPEL |
| v. | |
| RICHARD SINCLAIR, et al., | |
| Defendants. | |

Defendants filed numerous motions to compel on June 14, 2005.  The motions are currently set for hearing on July 29, 2005.

On July 13, 2005, Defendants submitted a substitution of attorney which was signed by the Honorable Dennis L. Beck on July 15, 2005.

In light of the substitution of attorney, the hearing date for the motions to compel will be moved to August 12, 2005, at 9:00 a.m., in Courtroom 5, to allow counsel an opportunity to settle the discovery disputes.  If counsel wishes to move forward with the motions to compel, she must notify the Court that she will adopt the motions prior to August 5, 2005.

IT IS SO ORDERED.

**Dated:    July 15, 2005**                    **/s/ Dennis L. Beck**
3b142a                                         UNITED STATES MAGISTRATE JUDGE