1  DANIEL S. TRUAX (SBN: 157276)
LISA BLANCO JIMENEZ (SBN: 234671)
2  NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION
3  Post Office Box 20
Stockton, CA  95201-3020
4  Telephone:  (209) 948-8200
Facsimile:  (209) 948-4910
5
Attorneys for Defendants RICHARD SINCLAIR, an individual; BRANDON SINCLAIR, an
6  individual; GREGORY MAUCHLEY, an individual; MAUCTRST, L.L.C., a California
Corporation; STANLEY FLAKE as Trustee of Capstone Trust; LAIRTRUST, L.L.C., a California
7  Corporation; and CAPSTONE, L.L.C., a California Corporation

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10
FOX HOLLOW OF TURLOCK OWNERS'          )  Case No.:  1: 03 CV 5439 OWW DLB
11  ASOCIATION, a California Nonprofit Mutual  )
Benefit Corporation,                   )
12                                          )  **SUBSTITUTIONS OF ATTORNEY**
Plaintiff,                  )
13                                          )
vs.                       )
14                                          )
RICHARD SINCLAIR, an individual;         )
15  BRANDON SINCLAIR, an individual;        )
GREGORY MAUCHLEY, an individual;        )
16  MAUCTRST, L.L.C., a California corporation;  )
CAPSTONE TRUST, STANLEY FLAKE as        )
17  TRUSTEE, LAIRTRUST, L.L.C.,             )
CAPSTONE, L.L.C., and DOES 1 through 10,  )
18  inclusive,                              )
                                         )
19  Defendants;                )
                                         )
20                                          )
AND OTHER CONSOLIDATED ACTIONS.         )
21                                          )

22

23        Defendants RICHARD SINCLAIR, an individual, BRANDON SINCLAIR, an individual,

24  GREGORY MAUCHLEY, an individual, MAUCTRST, L.L.C., a California Corporation,

25  STANLEY FLAKE as Trustee of Capstone Trust, LAIRTRUST, L.L.C., a California Corporation,

26  and CAPSTONE, L.L.C., a California Corporation hereby substitute NEUMILLER &

27  BEARDSLEE, A PROFESSIONAL CORPORATION, Post Office Box 20, Stockton, CA  95201-

28  3020, telephone no. (209) 948-8200, as attorneys of record.

                                    -1-
                          Substitutions of Attorney
389225-1

1 | I consent to this substitution.

2 | Dated:  June 22, 2005                         /s/ Richard Sinclair (orginial signature obtained by attorney)

3 | RICHARD SINCLAIR, an individual;
for LAIRTRUST, L.L.C., a California Corporation;

4 | and as withdrawing attorney of record for
RICHARD SINCLAIR, an individual,

5 | MAUCTRST, L.L.C., a California Corporation,
LAIRTRUST, L.L.C., a California Corporation, and

6 | CAPSTONE, L.L.C., a California Corporation

7 | I consent to this substitution.

8 | Dated:  June 24, 2005                          /s/ Brandon Sinclair (orginial signature obtained by attorney)

9 | BRANDON SINCLAIR, an individual;
for CAPSTONE, L.L.C., a California Corporation;

10 | and as withdrawing attorney of record for
BRANDON SINCLAIR, an individual

11 |

12 | I consent to this substitution.

Dated:  June 24, 2005                        /s/ Gregory Mauchley (orginial signature obtained by attorney)

13 | GREGORY MAUCHLEY, an individual;
for MAUCTRST, L.L.C., a California Corporation;

14 | and as withdrawing attorney of record for
GREGORY MAUCHLEY, an individual

15 |

16 | I consent to this substitution.

17 | Dated:  July 12, 2005                           /s/ Stanley Flake (orginial signature obtained by attorney)

18 | STANLEY FLAKE as Trustee of Capstone Trust;
and as withdrawing attorney of record for
STANLEY FLAKE as Trustee of Capstone Trust

19 |

20 | I accept this substitution.

21 | Dated:  June 23, 2005                         NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION

22 |

23 | By:  /s/ Lisa Blanco Jimenez (orginial signature obtained by attorney)
LISA BLANCO JIMENEZ

24 |

25 |

26 | IT IS SO ORDERED.

27 | Dated: July 15, 2005                        **/s/ Dennis L. Beck**
U.S. MAGISTRATE  JUDGE

28 |

-2-

Substitutions of Attorney

389225-1