DANIEL S. TRUAX (SBN: 157276)
LISA BLANCO JIMENEZ (SBN: 234671)
NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION
Post Office Box 20
Stockton, CA  95201-3020
Telephone:  (209) 948-8200
Facsimile:  (209) 948-4910

Attorneys for Defendants RICHARD SINCLAIR, an individual; BRANDON SINCLAIR, an individual; GREGORY MAUCHLEY, an individual; MAUCTRST, L.L.C., a California Corporation; STANLEY FLAKE as Trustee of Capstone Trust; LAIRTRUST, L.L.C., a California Corporation; and CAPSTONE, L.L.C., a California Corporation

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD SINCLAIR, et al.,<br><br>Defendants;<br><br>AND OTHER CONSOLIDATED ACTIONS. | Case No. CIV-F-03-5439 OWW DLB<br><br>**STIPULATION AND ORDER GRANTING DEFENDANTS' MOTION TO STRIKE SECOND AMENDED COMPLAINT BY PLAINTIFF FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION, AND DIRECTING PLAINTIFF CALIFORNIA EQUITY MANAGEMENT GROUP, INC. TO FILE SECOND AMENDED COMPLAINT**<br><br>Date:      August 22, 2005<br>Time:      10:00 a.m.<br>Location: Courtroom 2<br>              1130 "O" Street<br>              Fresno, California 93721-2201<br><br>Hon. Oliver W. Wanger |

## STIPULATION

Defendants RICHARD SINCLAIR, BRANDON SINCLAIR, GREGORY MAUCHLEY, MAUCTRST, L.L.C., STANLEY FLAKE, LAIRTRUST, L.L.C., and CAPSTONE, L.L.C. (hereinafter, "Defendants") and Plaintiffs FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION and CALIFORNIA EQUITY MANAGEMENT GROUP, INC. (hereinafter, "Plaintiffs"), by and through their respective attorneys of record, hereby stipulate and agree that the Second Amended Complaint filed by Plaintiff FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION on May 25, 2005 shall be stricken from the docket of this Court in its entirety. Furthermore, Defendants and Plaintiffs, by and through their respective attorneys of record, hereby

PDF created with pdfFactory trial version www.pdffactory.com

1  stipulate and agree that Plaintiff CALIFORNIA EQUITY MANAGEMENT GROUP, INC. shall file
2  a Second Amended Complaint, as anticipated by the order of this Court filed on May 24, 2005,
3  within fifteen (15) days of service of this Stipulation and Order executed by the Court, and that
4  Defendants shall file a responsive pleading or motion within twenty (20) days of the date of the
5  filing of that amended complaint.

6        This Stipulation is made on the grounds that, on May 24, 2005, this Court filed an order
7  directing Plaintiff CALIFORNIA EQUITY MANAGEMENT GROUP, INC. to file an amended
8  complaint within fifteen (15) days of service of that order and that, on May 25, 2005, the attorney of
9  record for Plaintiffs inadvertently filed an amended complaint on behalf of Plaintiff FOX HOLLOW
10 OF TURLOCK OWNERS' ASSOCIATION by attaching the caption page for that Plaintiff to the
11 amended complaint intended to be filed by Plaintiff CALIFORNIA EQUITY MANAGEMENT
12 GROUP, INC. and, thus, did not file an amended complaint on behalf of Plaintiff CALIFORNIA
13 EQUITY MANAGEMENT GROUP, INC. as directed by this Court.

14

15 Dated:  July 27, 2005                NEUMILLER & BEARDSLEE
16                                        A PROFESSIONAL CORPORATION

17                             By:  /s/ Lisa Blanco Jimenez (original signature obtained by attorney)
18                                  LISA BLANCO JIMENEZ

19                             Attorneys for Defendants RICHARD SINCLAIR;
                              BRANDON SINCLAIR; GREGORY MAUCHLEY;
20                             MAUCTRST, L.L.C.; STANLEY FLAKE;
                              LAIRTRUST, L.L.C.; and CAPSTONE, L.L.C.
21

22 Dated:  July 30, 2005                THE RYAN FIRM
                                       A PROFESSIONAL LAW CORPORATION
23

24                             By:  /s/ Timothy M. Ryan (original signature obtained by attorney)
25                                  TIMOTHY M. RYAN

26                             Attorneys for Plaintiffs FOX HOLLOW OF
                              TURLOCK OWNERS' ASSOCIATION; and
27                             CALIFORNIA EQUITY MANAGEMENT GROUP,
                            INC.
28

391099-2

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

On the reading of and pursuant to the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the Second Amended Complaint filed by Plaintiff FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION on May 25, 2005 shall be stricken from the docket of this Court in its entirety.

IT IS FURTHER HEREBY ORDERED that Plaintiff CALIFORNIA EQUITY MANAGEMENT GROUP, INC. shall file a Second Amended Complaint, as anticipated by the order of this Court filed on May 24, 2005, within fifteen (15) days of service of this Stipulation and Order executed by the Court, and that Defendants shall file a responsive pleading or motion within twenty (20) days of the date of the filing of that amended complaint.

Dated: __August 3, 2005_____        By: ____/s/ OLIVER W. WANGER_____
                                            U.S. DISTRICT COURT JUDGE