1    D. Greg Durbin, # 81749                          (SPACE BELOW FOR FILING STAMP ONLY)
     John M. Dunn, # 166482
2    Adam Wahlquist, # 250456
     McCormick, Barstow, Sheppard,
3    Wayte & Carruth LLP
     P.O. Box 28912
4    5 River Park Place East
     Fresno, CA  93720-1501
5    Telephone:    (559) 433-1300
     Facsimile:    (559) 433-2300
6
     Attorneys for Plaintiffs and Defendants FOX HOLLOW
7    OF TURLOCK OWNERS ASSOCIATION el at [listed
     on signature page]
8
     Daniel S. Truax (SBN 157276)
9    Lisa Blanco Jimenez (SBN 234671)
     NEUMILLER & BEARDSLEE
10   A Professional Corporation
     P.O. Box 20
11   Stockton, CA  95201-3020
     Telephone: (209) 948-8200
12   Facsimile:  (209) 948-4910
13   Attorneys for Defendants and Plaintiffs MAUCTRST,
     LLC, el at [listed on signature page]
14

15                        UNITED STATES DISTRICT COURT

16                        EASTERN DISTRICT OF CALIFORNIA

17

18   FOX HOLLOW OF TURLOCK                    Case No.  CIV-F-03-5439 OWW DLB
     OWNERS' ASSOCIATION, a California
19   Nonprofit Mutual Benefit Corporation,    (Consolidated with 1:03-CV-5774 OWW SMS)
                                              and Stanislaus County Superior Court Case No.
20               Plaintiff,                   322675

21          v.

22   RICHARD SINCLAIR, an individual; et      **STIPULATION TO AMEND
     al.,                                     SCHEDULING CONFERENCE ORDER
23                                            FILED JUNE 16, 2008, TO CONTINUE
                 Defendants.                  ALL DATES BY APPROXIMATELY
24                                            FOUR (4) MONTHS AND TO CONTINUE
                                              HEARING ON MOTION TO DISMISS;
25   _____      AND ORDER THEREON**

26   AND CONSOLIDATED ACTIONS

27

28

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &          Stipulation To Amend Scheduling Conference Order Filed June 16, 2008, To Continue All Dates By
CARRUTH LLP                Approximately Four (4) Months And To Continue Hearing On Motion To Dismiss; And Order Thereon
5 RIVER PARK PLACE EAST
FRESNO, CA  93720-1501

PDF created with pdfFactory trial version www.pdffactory.com

## STIPULATION

WHEREAS, this case is a consolidation of three (3) actions: An action commenced by Plaintiff Fox Hollow of Turlock Owners' Association ("Plaintiff Fox Hollow HOA"), case number CIV-F-03-5439 OWW DLB (the "Fox Hollow Action"); an action commenced by Plaintiff California Equity Management Group, Inc. ("Plaintiff CEMG"), case number CIV-F-03-5774 (the "CEMG Action"); and an action originally commenced by Plaintiff Lairtrust LLC and others, in the Stanislaus County Superior Court, case number 322675, and consolidated by stipulation of the parties and order of this Court (the "Lairtrust Action");

WHEREAS, Plaintiffs/Defendants California Equity Management Group, Inc. and Fox Hollow of Turlock Owners' Association and Defendant Andrew Katakis (collectively the "CEMG/Fox Hollow Parties") are represented by Mr. Durbin, Mr. Dunn and their firm;

WHEREAS Defendants Richard C. Sinclair, Brandon Sinclair, Gregory V. Mauchley, Mauctrst LLC, Stanley M. Flake as Trustee of Capstone Trust, Capstone LLC, and Lairtrust LLC in the Fox Hollow Action, Defendants Mauctrst, LLC, Gregory V. Mauchley, Diana Mauchley, Capstone, LLC, Stanley M. Flake as Trustee of Capstone Trust, Brandon Sinclair, Lairtrust, LLC, Richard C. Sinclair, Deborah A. Sinclair, Sinclair Enterprises, Inc., Stanley M. Flake, Stanley M. Flake as Trustee of The F. Hans Trust, and Stanley M. Flake as Trustee of The Julie Insurance Trust in the CEMG Action, and Plaintiffs Lairtrust, LLC, Mauctrst, LLC, and Capstone, LLC in the Lairtrust Action (collectively the "Sinclair/Mauchley/Flake Parties"), are represented by Mr. Truax, Ms. Jimenez and their firm;

WHEREAS, as a result of the status conference held with this Court on June 13, 2008, the Court issued a Scheduling Conference Order, that established the following schedule for the case:

| EVENT | DATE |
| --- | --- |
| Exert Disclosure | 1/14/09 |
| Supplemental Expert Disclosure | 2/13/09 |
| Non-Dispositive Pre-Trial Motion Filing Deadline | 6/15/09 |
| Non-Dispositive Pre-Trial Motion | 7/17/09 |

2

Stipulation To Amend Scheduling Conference Order Filed June 16, 2008, To Continue All Dates By Approximately Four (4) Months And To Continue Hearing On Motion To Dismiss; And Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Hearing Deadline | 9:00 a.m., Crtrm 9 |
| Dispositive Pre-Trial Motion<br>  Filing Deadline | 7/1/09 |
| Dispositive Pre-Trial Motion<br>  Hearing Deadline | 8/3/09<br>10:00 a.m., Crtrm 3 |
| Settlement Conference | 6/16/09<br>10:00 a.m., Crtrm 9 |
| Pre-Trial Conference | 9/18/09<br>11:00 a.m., Crtrm 9 |
| Trial Date | 10/20/09<br>9:00 a.m., Crtrm 3<br>[JT – 10 days] |

WHEREAS, at the time of the status conference, most of the parties in this action were also parties to an action pending in the Superior Court of California, County of Stanislaus, Case No. 332233 involving the same real property (the "State Court Action"), and are represented in the State Court Action by the same counsel that are representing them in this action;

WHEREAS, at the time of the status conference the trial in the State Court Action was set to commence on September 18, 2008;

WHEREAS, certain of the defendants in the CEMG Action filed a motion to dismiss on July 14, 2008, that was initially set for hearing on October 6, 2008, and then continued due to the press of business by the Court to November 17, 2008, at 10:00 am in Courtroom 3;

WHEREAS, due to the unavailability of the courtroom in the State Court Action, the trial in the State Court Action was vacated and reset to commence on November 18, 2008, and the parties waived the five (5) statute therein up to and including December 15, 2008;

WHEREAS, the parties estimate the trial in the State Court Action will take approximately four (4) weeks through mid December 2008;

WHEREAS, no depositions have been taken in the within action, the parties anticipate that deposition will be taken in preparation for expert disclosures, and expert disclosures are set for mid January 2009;

WHEREAS the parties believe that a resolution of the State Court Action may streamline the issues in the present action and might facilitate a resolution of the within action;

3

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

Stipulation To Amend Scheduling Conference Order Filed June 16, 2008, To Continue All Dates By Approximately Four (4) Months And To Continue Hearing On Motion To Dismiss; And Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS, the parties herein desire to postpone the schedule in this case, including the

2  dates set forth in the Scheduling Conference Order and the hearing on said motion to dismiss, by

3  approximately four (4) months, due to the time, effort and resources they anticipate devoting to

4  the trial in the State Court Action;

5    NOW, THEREFORE, it is hereby stipulated and agreed by and between CEMG/Fox

6  Hollow Parties and the Sinclair/Mauchley/Flake Parties, through their respective counsel of

7  record herein, and request is made of the Court to approve, a continuance of the schedule in the

8  above-referenced case by approximately four (4) months, as follows:

9

| EVENT | CURRENT DATE | PROPOSED CONTINUED DATE |
|---|---|---|
| Hearing on Motion to Dismiss | 11/17/08 | 3/16/09 |
| Exert Disclosure | 1/14/09 | 5/14/09 |
| Supplemental Expert Disclosure | 2/13/09 | 6/12/09 |
| Non-Dispositive Pre-Trial Motion Filing Deadline | 6/15/09 | 10/12/09 |
| Non-Dispositive Pre-Trial Motion Hearing Deadline | 7/17/09 9:00 a.m. Crtrm 9 | 11/13/09 |
| Dispositive Pre-Trial Motion Filing Deadline | 7/1/09 | 10/30/09 |
| Dispositive Pre-Trial Motion Hearing Deadline | 8/3/09 10:00 a.m. Crtrm 3 | 12/7/09 |
| Settlement Conference | 6/16/09 10:00 a.m. Crtrm 9 | 10/13/09 |
| Pre-Trial Conference | 9/18/09 11:00 a.m. Crtrm 9 | 1/15/10 |
| Trial Date | 10/20/09 9:00 a.m. Crtrm 3  [JT – 10 days] | 2/23/10 |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA  93720-1501

4

Stipulation To Amend Scheduling Conference Order Filed June 16, 2008, To Continue All Dates By
Approximately Four (4) Months And To Continue Hearing On Motion To Dismiss; And Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com

1    Dated: October 6, 2008                    McCORMICK, BARSTOW, SHEPPARD,
                                                      WAYTE & CARRUTH LLP
2

3

4                                              By:    /s/ D. Greg Durbin
                                                         D. Greg Durbin
                                                         John M. Dunn
5                                                        Adam Wahlquist
                                                 Attorneys for Plaintiffs and Defendants
6                                                   FOX HOLLOW OF TURLOCK
                                                      OWNERS ASSOCIATION and
7                                                CALIFORNIA EQUITY MANAGEMENT
                                                 GROUP, INC. and Defendant ANDREW
8                                                              KATAKIS

9

10
     Dated: October 3, 2008                        NEUMILLER & BEARDSLEE
11

12

13                                             By:   /s/ Lisa Blanco Jimenez
                                                          Daniel S. Truax,
                                                 Attorneys for Defendants and Plaintiffs
14                                                Lairtrust, LLC, Mauctrst, LLC, and
                                                Capstone, LLC, and Defendants Richard C.
15                                               Sinclair, Brandon Sinclair, Gregory V.
                                                Mauchley, Stanley M. Flake as Trustee of
16                                              Capstone Trust, Diana Mauchley, Deborah
                                                  A. Sinclair, Sinclair Enterprises, Inc.,
17                                               Stanley M. Flake, Stanley M. Flake as
                                                Trustee of The F. Hans Trust, and Stanley
18                                               M. Flake as Trustee of The Julie Insurance
                                                                 Trust
19

20

21                                          ORDER

22          The parties having so stipulated and agreed, and good cause appearing, it is hereby

23   ORDERED THAT the Scheduling Conference Order be amended and the dates therein and the

24   date for the hearing on said motion to dismiss be continued, as follows:

25          1.      The motion to dismiss currently set for November 17, 2008, is continued to March

26   16, 2009, at 10:00 a.m., in Courtroom 3;

27          2.      The expert disclosure date of January 14, 2009, set forth in the Scheduling

28   Conference Order is continued to May 14, 2009;

5

Stipulation To Amend Scheduling Conference Order Filed June 16, 2008, To Continue All Dates By
Approximately Four (4) Months And To Continue Hearing On Motion To Dismiss; And Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com

1    3.    The supplemental expert disclosure date of February 13, 2009, set forth in the

2 Scheduling Conference Order is continued to June 12, 2009;

3    4.    The non-dispositive pre-trial motion filing date of June 15, 2009, set forth in the

4 Scheduling Conference Order is continued to October 12,  2009;

5    5.    The non-dispositive pre-trial motion hearing date of July 17, 2009, set forth in the

6 Scheduling Conference Order is continued to November 13, 2009, at 9:00 a.m., in Courtroom 9;

7    6.    The dispositive pre-trial motion filing date set of July 1, 2009, forth in the

8 Scheduling Conference Order is continued to October 30, 2009;

9    7.    The dispositive pre-trial motion hearing deadline of August 3, 2009, set forth in

10 the Scheduling Conference Order is continued to December 7, 2009, at 10:00 a.m., in Courtroom

11 3;

12    8.    The settlement conference date of June 16, 2009, set forth in the Scheduling

13 Conference Order is continued to October 13, 2009, at 10:00 A.M., in Courtroom 9;

14    9.    The pre-trial conference date of September 18, 2009, set forth in the Scheduling

15 Conference Order is continued to January 11, 2010, at 11:00 AM, in Courtroom 3; and

16    10.    The trial date of October 20, 2009, set forth in the Scheduling Conference Order

17 for is continued to February 23, 2010, at 9:00 a.m., in Courtroom 3.

18

19

20

21 October 6, 2008                                    /s/ OLIVER W. WANGER
                                                    Oliver W. Wanger, United States District Judge
22

23

24 12444/00001-1281417.v1

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA  93720-1501

6

Stipulation To Amend Scheduling Conference Order Filed June 16, 2008, To Continue All Dates By
Approximately Four (4) Months And To Continue Hearing On Motion To Dismiss; And Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com