1

D. Greg Durbin, # 81749
John M. Dunn, # 166482

(SPACE BELOW FOR FILING STAMP ONLY)

2

Adam Wahlquist, # 250456
McCormick, Barstow, Sheppard,

3

Wayte & Carruth LLP
P.O. Box 28912

4

5 River Park Place East
Fresno, CA  93720-1501

5

Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

6

7

Attorneys for Plaintiffs and Defendants FOX HOLLOW
OF TURLOCK OWNERS ASSOCIATION el at [listed
on signature page]

8

9

Daniel S. Truax (SBN 157276)
Lisa Blanco Jimenez (SBN 234671)
NEUMILLER & BEARDSLEE

10

A Professional Corporation
P.O. Box 20

11

Stockton, CA  95201-3020
Telephone:  (209) 948-8200

12

Facsimile:   (209) 948-4910

13

Attorneys for Defendants and Plaintiffs MAUCTRST,
LLC, el at [listed on signature page]

14

15

UNITED STATES DISTRICT COURT

16

EASTERN DISTRICT OF CALIFORNIA

17

18

FOX HOLLOW OF TURLOCK
OWNERS' ASSOCIATION, a California

19

Nonprofit Mutual Benefit Corporation,

20

Plaintiff,

21

v.

22

RICHARD SINCLAIR, an individual; et
al.,

23

24

Defendants.

25

AND CONSOLIDATED ACTIONS

26

27

28

Case No.  CIV-F-03-5439 OWW DLB

(Consolidated with 1:03-CV-5774 OWW SMS)
and Stanislaus County Superior Court Case No.
322675

**STIPULATION TO FURTHER AMEND
SCHEDULING CONFERENCE ORDER,
TO CONTINUE ALL DATES BY
APPROXIMATELY FOUR (4) MONTHS
AND TO CONTINUE HEARING ON
MOTION TO DISMISS; AND ORDER
THEREON**

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

Stipulation To Further Amend Scheduling Conference Order, To Continue All Dates By Approximately Four (4)
Months And To Continue Hearing On Motion To Dismiss; And Order Thereon

1

STIPULATION

2

WHEREAS, this case is a consolidation of three (3) actions:  An action commenced by

3

Plaintiff Fox Hollow of Turlock Owners' Association ("Plaintiff Fox Hollow HOA"), case

4

number CIV-F-03-5439 OWW DLB (the "Fox Hollow Action"); an action commenced by

5

Plaintiff California Equity Management Group, Inc. ("Plaintiff CEMG"), case number CIV-F-03-

6

5774 (the "CEMG Action"); and an action originally commenced by Plaintiff Lairtrust LLC and

7

others, in the Stanislaus County Superior Court, case number 322675, and consolidated by

8

stipulation of the parties and order of this Court (the "Lairtrust Action");

9

WHEREAS, Plaintiffs/Defendants California Equity Management Group, Inc. and Fox

10

Hollow of Turlock Owners' Association and Defendant Andrew Katakis (collectively the

11

"CEMG/Fox Hollow Parties") are represented by Mr. Durbin, Mr. Dunn and their firm;

12

WHEREAS Defendants Richard C. Sinclair, Brandon Sinclair, Gregory V. Mauchley,

13

Mauctrst LLC, Stanley M. Flake as Trustee of Capstone Trust, Capstone LLC, and Lairtrust LLC

14

in the Fox Hollow Action, Defendants Mauctrst, LLC, Gregory V. Mauchley, Diana Mauchley,

15

Capstone, LLC, Stanley M. Flake as Trustee of Capstone Trust, Brandon Sinclair, Lairtrust, LLC,

16

Richard C. Sinclair, Deborah A. Sinclair, Sinclair Enterprises, Inc., Stanley M. Flake, Stanley M.

17

Flake as Trustee of The F. Hans Trust, and Stanley M. Flake as Trustee of The Julie Insurance

18

Trust in the CEMG Action, and Plaintiffs Lairtrust, LLC, Mauctrst, LLC, and Capstone, LLC in

19

the Lairtrust Action (collectively the "Sinclair/Mauchley/Flake Parties"), are represented by Mr.

20

Truax, Ms. Jimenez and their firm;

21

WHEREAS, most of the parties in this action are also parties to an action pending in the

22

Superior Court of California, County of Stanislaus, Case No. 332233 involving the same real

23

property (the "State Court Action"), and are represented in the State Court Action by the same

24

counsel that are representing them in this action;

25

WHEREAS, the trial in the State Court Action was set to commence on September 18,

26

2008;

27

WHEREAS, due to the unavailability of the courtroom in the State Court Action, the trial

28

in the State Court Action was vacated and reset to commence on November 18, 2008, and the

2

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

Stipulation To Further Amend Scheduling Conference Order, To Continue All Dates By Approximately Four (4)
Months And To Continue Hearing On Motion To Dismiss; And Order Thereon

1    parties waived the five (5) statute therein up to and including December 15, 2008;

2         WHEREAS, the parties estimated the trial in the State Court Action would take

3    approximately four (4) weeks through mid December 2008 (based upon four (4) days per week);

4         WHEREAS, the parties stipulated to a continuance of the dates in this case, that the Court

5    granted, all as set forth in the **STIPULATION TO AMEND SCHEDULING CONFERENCE**

6    **ORDER FILED JUNE 16, 2008, TO CONTINUE ALL DATES BY APPROXIMATELY**

7    **FOUR (4) MONTHS AND TO CONTINUE HEARING ON MOTION TO DISMISS; AND**

8    **ORDER THEREON,** a true and correct copy of which is attached hereto as Exhibit "A" and by

9    this reference incorporated herein**;**

10        WHEREAS, the trial in the State Court Action did not start until December 9, 2008, due

11   to unavailability of the courtroom, and has taken longer than anticipated, such that the trial is

12   continuing as of this date;

13        WHEREAS, while the parties anticipate that the evidence portion of the trial in the State

14   Court Action will be completed this week or early next week, the case will not be decided for

15   several months because of post trial briefing (the matter is a court trial) and time for the court to

16   render a decision;

17        WHEREAS, pursuant to the last continuance a motion to dismiss filed by the Defendants

18   in this court is set for March 16, 2009;

19        WHEREAS, no depositions have been taken in the within action, the parties anticipate

20   that deposition will be taken in preparation for expert disclosures, and expert disclosures are set

21   for mid May 2009;

22        WHEREAS the parties believe that a resolution of the State Court Action may streamline

23   the issues in the present action and might facilitate a resolution of the within action;

24        WHEREAS, the parties herein desire to further postpone the schedule in this case,

25   including the dates set forth in the Amended Scheduling Conference Order and the hearing on

26   said motion to dismiss, by approximately four (4) months, due to the time, effort and resources

27   they are devoting to the trial and resolution of the State Court Action;

28        NOW, THEREFORE, it is hereby stipulated and agreed by and between CEMG/Fox

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP

5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

Stipulation To Further Amend Scheduling Conference Order, To Continue All Dates By Approximately Four (4)
Months And To Continue Hearing On Motion To Dismiss; And Order Thereon

Hollow Parties and the Sinclair/Mauchley/Flake Parties, through their respective counsel of record herein, and request is made of the Court to approve, a continuance of the schedule in the above-referenced case by approximately four (4) months, as follows:

| EVENT | CURRENT DATE | PROPOSED CONTINUED DATE |
|---|---|---|
| Hearing on Motion to Dismiss | 03/16/09 | 7/20/09 |
| Expert Disclosure | 5/14/09 | 9/14/09 |
| Supplemental Expert Disclosure | 6/12/09 | 10/12/09 |
| Non-Dispositive Pre-Trial Motion Filing Deadline | 10/12/09 | 02/12/10 |
| Non-Dispositive Pre-Trial Motion Hearing Deadline | 11/13/09 9:00 a.m. Crtrm 9 | 03/12/10 |
| Dispositive Pre-Trial Motion Filing Deadline | 10/30/09 | 03/05/10 |
| Dispositive Pre-Trial Motion Hearing Deadline | 12/7/09 10:00 a.m. Crtrm 3 | 04/5/10 |
| Settlement Conference | 10/13/09 10:00 a.m. Crtrm 9 | 02/12/10 |
| Pre-Trial Conference | 01/11/10 11:00 a.m. Crtrm 9 | 05/10/10 |
| Trial Date | 02/23/10 9:00 a.m. Crtrm 3 | 06/22/10 |
|  | [JT – 10 days] |  |

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

Stipulation To Further Amend Scheduling Conference Order, To Continue All Dates By Approximately Four (4) Months And To Continue Hearing On Motion To Dismiss; And Order Thereon

1    Dated: February 26, 2008                    McCORMICK, BARSTOW, SHEPPARD,
                                                         WAYTE & CARRUTH LLP
2

3
                                                By:    /s/ D. Greg Durbin
4                                                          D. Greg Durbin
                                                            John M. Dunn
5                                                          Adam Wahlquist
                                                 Attorneys for Plaintiffs and Defendants
6                                                   FOX HOLLOW OF TURLOCK
                                                     OWNERS ASSOCIATION and
7                                                CALIFORNIA EQUITY MANAGEMENT
                                                  GROUP, INC. and Defendant ANDREW
8                                                             KATAKIS

9

10
     Dated: February 26, 2009                      NEUMILLER & BEARDSLEE
11

12
                                                By:    /s/ Lisa Blanco Jimenez
13                                                        Lisa Blanco Jimenez ,
                                                 Attorneys for Defendants and Plaintiffs
14                                                 Lairtrust, LLC, Mauctrst, LLC, and
                                                 Capstone, LLC, and Defendants Richard C.
15                                               Sinclair, Brandon Sinclair, Gregory V.
                                                 Mauchley, Stanley M. Flake as Trustee of
16                                               Capstone Trust, Diana Mauchley, Deborah
                                                 A. Sinclair, Sinclair Enterprises, Inc.,
17                                               Stanley M. Flake, Stanley M. Flake as
                                                 Trustee of The F. Hans Trust, and Stanley
18                                               M. Flake as Trustee of The Julie Insurance
                                                             Trust
19

20
                                              ORDER
21

22          The parties having so stipulated and agreed, and good cause appearing, it is hereby

23   ORDERED THAT the Scheduling Conference Order be further amended and the dates therein

24   and the date for the hearing on said motion to dismiss be continued, as follows:

25          1.      The motion to dismiss currently set for March 16, 2009, is Ordered off calendar to

26   be re-noticed and reset.

27          2.      The expert disclosure date of May 14, 2009, set forth in the Scheduling

28   Conference Order is continued to September 14, 2009;

                                                  5

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

Stipulation To Further Amend Scheduling Conference Order, To Continue All Dates By Approximately Four (4)
Months And To Continue Hearing On Motion To Dismiss; And Order Thereon

1          3.      The supplemental expert disclosure date of June 12, 2009, set forth in the

2    Scheduling Conference Order is continued to October 12, 2009;

3          4.      The non-dispositive pre-trial motion filing date of October 12, 2009, set forth in

4    the Scheduling Conference Order is continued to February 12,  2010;

5          5.      The non-dispositive pre-trial motion hearing date of November 13, 2009, set forth

6    in the Scheduling Conference Order is continued to March 19, 2010, at 9:00 a.m., in Courtroom

7    9;

8          6.      The dispositive pre-trial motion filing date set of October 30, 2009, forth in the

9    Scheduling Conference Order is continued to March 5, 2010;

10         7.      The dispositive pre-trial motion hearing deadline of December 7, 2009, set forth in

11   the Scheduling Conference Order is continued to April 5, 2010, at 10:00 a.m., in Courtroom 3;

12         8.      The settlement conference date of October 13, 2009, set forth in the Scheduling

13   Conference Order is continued to February 12, 2010, at  10:00, in Courtroom 9;

14         9.      The pre-trial conference date of January 11, 2010, set forth in the Scheduling

15   Conference Order is continued to May 10, 2010, at 11:00, in Courtroom 9; and

16         10.      The trial date of February 23, 2010, set forth in the Scheduling Conference Order

17   for is continued to June 22, 2010, at 9:00 a.m., in Courtroom 3.

18

19

20

21   February 26, 2009                        __/s/ OLIVER W WANGER_____

                                              Oliver W. Wanger, United States District Judge

22

23

24   12444/00001-1362435.v1

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

6