IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD SINCLAIR, et al., | ) | No. CV-F-03-5439 OWW/DLB |
| | ) | |
| | ) | MEMORANDUM DECISION AND |
| | ) | ORDER DENYING DEFENDANTS' |
| Plaintiffs, | ) | MOTION TO DISMISS (Doc. 317) |
| | ) | WITHOUT PREJUDICE |
| vs. | ) | |
| | ) | |
| FOX HOLLOW OF TURLOCK OWNERS | ) | |
| ASSOCIATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The motion to dismiss filed by Defendants Mauctrust, LLC, Gregory Mauchley, Capstone, LLC, Stanley Flake, Brandon Sinclair, Lairtrust, LLC, and Richard Sinclair, (Doc. 317), is hereby DENIED WITHOUT PREJUDICE for administrative reasons. If appropriate following conclusion of State Court proceedings, Defendants may re-notice the motion to dismiss for hearing in accordance with the Court's law and motion practice.

///

///

1

IT IS SO ORDERED.

**Dated:     March 17, 2009**                    **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE