1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT FOR THE

7                         EASTERN DISTRICT OF CALIFORNIA

8

9    FOX HOLLOW OF TURLOCK OWNERS' )        No. CV-F-03-5439 OWW/DLB
     ASSOCIATION,                  )
10                                 )        ORDER VACATING ORDER
                                   )        SUBSTITUTING ATTORNEY (Doc.
11                                 )        347)
                    Plaintiff,     )
12                                 )
             vs.                   )
13                                 )
                                   )
14   RICHARD SINCLAIR, et al.,     )
                                   )
15                                 )
                    Defendants.    )
16                                 )
     _____)
17

18        On December 21, 2009, the law firm of Neumiller & Beardslee

19   filed a motion for leave to withdraw as counsel for Defendants

     Richard Sinclair, Brandon Sinclair, Gregory Mauchley, Lairtrust,
20
     LLC, Capstone, LLC, Mauctrst, LLC, and Stanley Flake as Trustee
21
     of Capstone Trust (Case No. CV-F-03-5439) and Mauctrst, LLC,
22
     Gregory Mauchley, Diana Mauchley, Lairtrust, LLC, Richard
23
     Sinclair, Deborah Sinclair, Sinclair Enterprises, Inc., Capstone,
24
     LLC, Brandon Sinclair, Stanley Flake, Stanley Flake as Trustee of
25
     Capstone Trust, Stanley Flake as Trustee of the F. House Trust,
26

                                    1

1   and Stanley Flake as Trustee of the Julie Insurance Trust (Case

2   No. CV-F-03-5774 OWW/SMS).  The motion to withdraw was noticed

3   for hearing on January 25, 2010.  On January 12, 2009, Richard

4   Sinclair lodged a proposed Substitution of Attorney, substituting

5   himself as counsel of record in lieu of Neumiller & Beardslee.

6   On January 14, 2010, Plaintiffs and Defendants Fox Hollow of

7   Turlock Owners' Association and California Equity Management

8   Group, Inc., and Defendant Andrew Katakis filed an opposition to

9   the motion to withdraw, based on the assertion that Richard

10  Sinclair, although a licensed attorney, cannot represent the

11  entity defendants because of a potential conflict of interest.

12      The Order substituting Richard Sinclair as counsel of record

13  was signed and filed on January 15, 2010.  (Doc. 347).

14      The January 15, 2010 Order is VACATED.  The Court will

15  address the objections to Richard Sinclair's substitution on

16  January 25, 2010.

17  IT IS SO ORDERED.

18  Dated: __January 19, 2010__          _____/s/ Oliver W. Wanger_____
                                         UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

                                    2