(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION, a California Nonprofit Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD SINCLAIR, an individual; et al.,<br><br>Defendants. | Case No.  CIV-F-03-5439 OWW DLB<br><br>(Consolidated with 1:03-CV-5774 OWW SMS and Stanislaus County Superior Court Case No. 322675)<br><br>**ORDERS RE: HEARING ON ORDER TO SHOW CAUSE AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

The following matters came on for hearing before the Court, the Honorable Oliver W. Wanger presiding, on March 1, 2010:  Motion for Leave to Withdraw as Counsel by Daniel S. Truax, Lisa Blanco Jimenez, and Neumiller & Beardslee (collectively "Neumiller"), Docket # 333 ("Motion to Withdraw"); Order to Show Cause issued by the Court on February 8, 2010 ("OTC"), Docket # 362; and  Plaintiffs and Defendants' Motion for Leave to File Consolidated Amended and Supplemental Complaint, Docket # 337 ("Motion for Leave to Amend").

Lisa Blanco Jimenez and Neumiller Beardslee appeared telephonically on behalf of Defendants BRANDON SINCLAIR ("Brandon Sinclair"), GREGORY MAUCHLEY ("Mr. Mauchley"), MAUCTRST, L.L.C. ("Mauctrst LLC"), LAIRTRUST, L.L.C. ("Lairtrust LLC"), and CAPSTONE, L.L.C. ("Capstone LLC") in case number CIV-F-03-5439 OWW DLB (the "Fox Hollow Action"), Defendants Mauctrst LLC, Mr. Mauchley, DIANA MAUCHLEY,

PDF created with pdfFactory trial version www.pdffactory.com

Capstone LLC, Brandon Sinclair, Lairtrust LLC, DEBORAH A. SINCLAIR, and SE, a California Corporation, in case number 1:03- CV-5774 OWW SMS (the "CEMG Action") that is consolidated with the Fox Hollow Action, and Plaintiffs Lairtrust LLC, Mauctrst LLC and Capstone LLC in removed Stanislaus County Superior Court, case number 332675 (the "Lairtrust Action") that is consolidated with the Fox Hollow Action.

Richard Sinclair appeared telephonically on behalf of himself, Defendant Richard Sinclair ("Mr. Sinclair") in the Fox Hollow Action and the CEMG Action.

Michael L. Abbott appeared on behalf of Defendants Capstone Trust, Stanley Flake as Trustee ("Capstone Trust") in the Fox Hollow Action, and Defendants Stanley M. Flake ("Mr. Flake"), Stanley M. Flake, Trustee, F. Hanse Trust, udt dated February 2, 1993 ("Hanse Trust"), and Stanley M. Flake, Trustee, the Julie Insurance Trust, udt dated January 29, 1993 ("Julie Trust") in the CEMG Action.

Brandon Sinclair, Mr. Mauchley and Mrs. Mauchley also appeared telephonically at the hearing.

D. Greg Durbin and McCormick, Barstow, Sheppard, Wayte & Carruth LLP, appeared on behalf of Plaintiffs FOX HOLLOW OF TURLOCK OWNERS ASSOCIATION ("Fox Hollow HOA") and CALIFORNIA EQUITY MANAGEMENT GROUP, INC. ("CEMG") in the Fox Hollow Action and the CEMG Action and Defendants Fox Hollow HOA, CEMG and ANDREW KATAKIS in the Lairtrust Action (collectively the "Plaintiffs").

The Court having considered such matters and having heard from counsel for the parties and parties herein, and good cause appearing:

**IT IS HEREBY ORDERED THAT**:

1. With respect to the Motion to Withdraw, all of the parties that the Neumiller firm represent in this action shall have all issues resolved relating to their representation of this case, including the filing of all substitutions of counsel, not later than April 30, 2010, with the Motion to Withdraw as of the date of the hearing denied and the request by Neumiller to withdraw GRANTED effective as of April 30, 2010.

2. The Court sets a scheduling conference in this action for May 19, 2010, at 8:45

PDF created with pdfFactory trial version www.pdffactory.com

a.m., before the Honorable Oliver W. Wanger, in courtroom 3, with all of the parties directed to meet and confer and then file a scheduling conference statement not later than May 11, 2010 with proposal(s) for a schedule for the case.

      3.     The hearing on the Motion to Amend is set for June 1, 2010, at 10:00 a.m., before the Honorable Oliver W. Wanger, in courtroom 3, with any and all opposition filed and served not later than May 15, 2010, and any replies filed and served no later than May 22, 2010.

Dated:  March _9, 2010          _____/s/ OLIVER W. WANGER_____
                                              The Honorable Oliver W. Wanger,
                                              United Stated District Judge

PDF created with pdfFactory trial version www.pdffactory.com