IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD SINCLAIR, et al.,<br><br>Defendants. | No. CV-F-03-5439 OWW/DLB<br><br>ORDER SETTING HEARING RE RICHARD SINCLAIR'S EX PARTE APPLICATION FOR EXTENSION OF TIME ON MONDAY, MAY 10, 2010 AT 10:00 A.M. |

The Court will hear Richard Sinclair's ex parte application for extension of time on Monday, May 10, 2010 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 5, 2010                              /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE

1