1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9    RICHARD SINCLAIR, et al.,      )      No. CV-F-03-5439 OWW/DLB
                                    )      (Consolidated Action)
10                                  )
                                    )      ORDER GRANTING MOTION TO
11                   Plaintiff,     )      AMEND (Docs. 337 & 356) AND
                                    )      VACATING ORAL ARGUMENT SET
12           vs.                    )      FOR JULY 26, 2010
                                    )
13                                  )
     FOX HOLLOW OF TURLOCK          )
14   OWNERS' ASSOCIATION, et al.,   )
                                    )
15                                  )
                     Defendants.    )
16                                  )
     _____)
17

18        No oppositions to the merits of the motion for leave to file

19   a consolidated amended and supplemental complaint by Fox Hollow

     of Turlock Owners' Association, California Equity Management
20
     Group and Andrew Katakis have been filed.  The motion is GRANTED.
21
     The amended complaint shall be filed within twenty (20) days of
22
     the filing date of this Order.  Any response to the amended
23
     complaint, whether by Answer or motion to dismiss, shall be filed
24
     within twenty (20) days thereafter.
25
          Oral argument on the motion to amend, set for Monday, July
26

                                    1

1   **26, 2010, is VACATED.**

2          IT IS SO ORDERED.

3   **Dated:     July 20, 2010**                          **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26