D. Greg Durbin, # 81749
John M. Dunn, # 166482
Daniel S. Cho, # 260902
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys Plaintiffs, Defendants and Cross-Defendants
FOX HOLLOW OF TURLOCK OWNERS
ASSOCIATION and CALIFORNIA EQUITY
MANAGEMENT GROUP, INC. and Defendant and
Cross-Defendant ANDREW KATAKIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>MAUCTRST LLC; et. al.,<br><br>Defendants. | Case No.  CIV-F-03-5439 OWW DLB<br><br>(Consolidated with 1:03-CV-5774 OWW SMS) and Stanislaus County Superior Court Case No. 322675<br><br>***EX PARTE* APPLICATION FOR CORRECTION OF TYPOGRAPHICAL ERROR IN DATE IN SUPPLEMENTAL SCHEDULING CONFERENCE ORDER FILED AUGUST 20, 2010; AND ORDER THEREON** |
| AND CONSOLIDATED ACTIONS | |

*EX PARTE* APPLICATION

I, D. Greg Durbin, do hereby declare and state:

1.      Your declarant is a member of the law firm of McCormick, Barstow, Sheppard, Wayte and Carruth, LLP, attorneys of record here for Plaintiffs, Defendants and Cross-Defendants FOX HOLLOW OF TURLOCK OWNERS ASSOCIATION and CALIFORNIA EQUITY MANAGEMENT GROUP, INC. and Defendant and Cross-Defendant ANDREW

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

*Ex Parte* Application For Correction Of Typographical Error In Date In Scheduling Conference Order Filed August 20, 2010; And Order Thereon

1  KATAKIS (collectively the "CEMG/Fox Hollow Parties"), and as such is a duly licensed and
2  practicing attorney before all courts in the State of California and before this court.
3      2.  Your Declarant attended the scheduling conference before the court on August 13,
4  2010, on behalf of the CEMG/Fox Hollow Parties.  Mr. Stocker also personally appeared, and
5  Mr. Sinclair appeared by telephone.
6      3.  During the course of the scheduling conference, the court established an initial
7  disclosure date of November 10, 2010.
8      4.  Your declarant discovered last week that a typographical error was made at page 4,
9  line 25, in the Supplemental Scheduling Conference Order file August 20, 2010 [Docket # 430],
10 pursuant to that conference, in that the initial disclosure date was listed as November 10, 201<u>1</u>,
11 instead of November 10, 201<u>0</u>.  (The November 10, 2011 date is almost five (5) months past the
12 completion of discovery and less than one month before the trial date of December 6, 2011.)
13     5.  On Thursday morning, October 21, 2010, your declarant alerted the other counsel
14 to the error by letter sent out via email at 11:57 am, a copy of which is attached hereto as Exhibit
15 "A" and requesting that if any counsel had objection to this *ex parte* application, they so notify
16 your declarant by close of business on Friday, October 22, 2010.
17     6.  Your declarant has received no response to this letter.
18     7.  Accordingly, your declarant requests that the court issue an order correcting the
19 typographical error, and thereby amending the Supplemental Scheduling Conference Order to list
20 the initial disclosure date as November 10, 2010 [and not November 10, 2011].
21     Your declarant declares under penalty of perjury that the foregoing is true and correct and
22 that this application is executed by him on this 25th day of October 2010.

              /s/ D. Greg Durbin
              D. Greg Durbin

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

*Ex Parte* Application For Correction Of Typographical Error In Date In Scheduling Conference Order
Filed August 20, 2010; And Order Thereon

## ORDER

On *ex parte* application of the CEMG/Fox Hollow Parties, and good cause appearing, IT IS HEREBY ORDERED that the Supplemental Scheduling Conference Order filed hereon on August 20, 2010, as Docket # 430, be and hereby is amended to correct the date for initial disclosures at page 4, lines 24 and 25, to provide: "1.  **The parties shall file their initial disclosures on or before November 10, 2010.**"

**IT IS SO ORDERED.**

**Dated:   November 3, 2010**                              /s/ Oliver W. Wanger
                                                          **UNITED STATES DISTRICT JUDGE**

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3

*Ex Parte* Application For Correction Of Typographical Error In Date In Scheduling Conference Order Filed August 20, 2010; And Order Thereon