D. Greg Durbin, # 81749
John M. Dunn, # 166482
Daniel S. Cho, # 260902
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys Plaintiffs, Defendants and Cross-Defendants
FOX HOLLOW OF TURLOCK OWNERS
ASSOCIATION and CALIFORNIA EQUITY
MANAGEMENT GROUP, INC. and Defendant and
Cross-Defendant ANDREW KATAKIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>MAUCTRST LLC; et. al.,<br><br>Defendants. | Case No. CIV-F-03-5439 OWW DLB<br><br>(Consolidated with 1:03-CV-5774 OWW SMS and Stanislaus County Superior Court Case No. 322675)<br><br>**ORDER DENYING MOTION TO DISMISS BROUGHT BY DEFENDANTS MAUCTRST, LLC, LAIRTRUST, LLC AND CAPSTONE, LLC** |
| AND CONSOLIDATED ACTIONS | |

Defendants MAUCTRST LLC, LAIRTRUST LLC and CAPSTONE LLC (the "Moving Defendants"), having filed their Motion to Dismiss the RICO and unjust enrichment claims in the Consolidated Amended Complaint on August 12, 2010 [Docket # 422], Plaintiffs FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION and CALIFORNIA EQUITY MANAGEMENT GROUP, INC. ("Plaintiffs") having filed their opposition thereto on October 8, 2010 [Docket # 437], the Moving Defendants having filed their reply thereto on October 18, 2010 [Docket # 439], the matter having come on regularly for hearing on November 8, 2010, with

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

ORDER DENYING MOTION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com

Steven R. Stoker of Pascuzzi, Moore and Stoker appearing on behalf of the Moving Defendants and D. Greg Durbin of McCormick, Barstow, Sheppard, Wayte and Carruth LLP having appeared on behalf of Plaintiffs, and the matter having been then and there argued and submitted, and the Court having duly considered the papers filed in support of and in opposition to such motion and the arguments of counsel and having issued its Memorandum of Decision Regarding Defendants Motion to Dismiss thereon on December 20, 2010 [Docket # 461], denying such motion in its entirety and providing notice thereof to the parties through CM/ECF:

NOW, THEREFORE, IT IS HEREBY ORDERED that the motion filed on August 10, 2010 [Docket # 422] by Defendants MAUCTRST LLC, LAIRTRUST LLC and CAPSTONE LLC to dismiss the Consolidated Amended Complaint filed on July 21, 2010 [Docket # 410] be and hereby is denied in its entirety.

IT IS SO ORDERED.

Dated: January 3, 2011

/s/ OLIVER W. WANGER

UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com