D. Greg Durbin, # 81749             (SPACE BELOW FOR FILING STAMP ONLY)
John M. Dunn, # 166482
Daniel S. Cho, # 260902
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys Plaintiffs, Defendants and Cross-Defendants
FOX HOLLOW OF TURLOCK OWNERS
ASSOCIATION and CALIFORNIA EQUITY
MANAGEMENT GROUP, INC. and Defendant and
Cross-Defendant ANDREW KATAKIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; et. al.,<br><br>                Plaintiffs,<br><br>v.<br><br>MAUCTRST LLC; et. al.,<br><br>                Defendants.<br><br>AND CONSOLIDATED ACTIONS | Case No.  1:03-CV-05439-OWW-DLB<br><br>(Consolidated with 1:03-CV-5774 OWW SMS and Stanislaus County Superior Court Case No. 322675)<br><br>**ORDER GRANTING IN PART, CROSS-DEFENDANTS' MOTION TO DISMISS CROSS-COMPLAINT, OR IN THE ALTERNATIVE , SEVER AND STAY CROSS-COMPLAINT** |

     Cross-Defendants FOX HOLLOW OF TURLOCK OWNERS ASSOCIATION, CALIFORNIA EQUITY MANAGEMENT GROUP, INC., and ANDREW KATAKIS ("Cross-Defendants"), having (1) filed their Motion to Dismiss Cross-Complaint, or in the Alternative, to Sever and Stay Cross-Complaint on September 3, 2010 ("Motion to Stay") [Docket # 431] , and (2) also having filed their Alternative Motion for More Definite Statement on September 3, 2010 ("Motion for More Definite Statement") [Docket # 434], both of which are as to the Cross-Complaint filed herein on August 10, 2010 [Docket # 425] by Cross-Complainants GREGORY

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

ORDER GRANTING IN PART, CROSS-DEFENDANTS' MOTION TO DISMISS CROSS-COMPLAINT, OR IN
THE ALTERNATIVE, SEVER AND STAY CROSS-COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

MAUCHLEY, RICHARD SINCLAIR, and BRANDON SINCLAIR, and the Court having issued its Memorandum of Decision on January 21, 2011, granting such Motion to Stay, with exceptions as set forth below, and terminating without prejudice such Motion for More Definite Statement, and providing notice thereof to the parties through the electronic filing system:

NOW, THEREFORE, IT IS HEREBY ORDERED that Cross-Defendant's Motion to Dismiss Cross-Complaint, or in the Alternative, to Sever and Stay Cross-Complaint filed on September 3, 2010 [Docket # 431] as to the Cross-Complaint filed herein on August 10, 2010 [Docket # 425] be and hereby is granted and Defendants' cross-claims are STAYED, except for claims arising out of (i) Cross-Defendants' alleged breach of the 2007 settlement agreement, and (ii) Cross-Defendants' alleged conduct during and after trial of the state court action;

IT IS HEREBY FURTHER ORDERED that Cross-Defendants may file a separate motion regarding the claims that are not stayed within fifteen days (15) following service of this Court's Memorandum of Decision served on January 21, 2011;

IT IS HEREBY FURTHER ORDERED that Cross-Defendants' Alternative Motion for More Definite Statement filed on September 3, 2010 [Docket # 434], as to the Cross-Complaint filed herein on August 10, 2010 [Docket # 425] be and hereby is terminated without prejudice in light of the stay.

IT IS SO ORDERED.

Dated: February 1, 2011

                                     /s/ OLIVER W. WANGER
                                     UNITED STATES DISTRICT COURT JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

ORDER GRANTING IN PART, CROSS-DEFENDANTS' MOTION TO DISMISS CROSS-COMPLAINT, OR IN THE ALTERNATIVE, SEVER AND STAY CROSS-COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com