# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION, et al., | 1:03cv5439 OWW DLB |
| Plaintiffs, | ORDER GRANTING PLAINTIFFS' EX PARTE REQUEST TO ADVANCE HEARING DATE |
| v. | (Document 532) |
| RICHARD SINCLAIR, et al., | |
| Defendants. | |

On April 7, 2011, Plaintiffs filed an ex parte request to advance the June 3, 2011, hearing set for Defendants' motions to quash deposition subpoenas.

For GOOD CAUSE appearing, Plaintiffs' request is GRANTED. The June 3, 2011, hearing is advanced to April 29, 2011, at 9:00 a.m., in Courtroom 9. The parties shall file a joint statement by April 22, 2011.[1]

IT IS SO ORDERED.

Dated:   April 8, 2011                    /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiffs requested that the hearing be advanced to April 22, 2011, but April 29, 2011, is the first available date.

1