D. Greg Durbin, # 81749
John M. Dunn, # 166482
Daniel S. Cho, # 260902
McCORMICK, BARSTOW, SHEPPARD,
  WAYTE & CARRUTH LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys Plaintiffs, Defendants and Cross-Defendants
FOX HOLLOW OF TURLOCK OWNERS
ASSOCIATION and CALIFORNIA EQUITY
MANAGEMENT GROUP, INC. and Defendant and
Cross-Defendant ANDREW KATAKIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; et. al., <br><br>    Plaintiffs, <br><br> v. <br><br> MAUCTRST LLC; et. al., <br><br>    Defendants. <br><br> AND CONSOLIDATED ACTIONS | Case No.  1:03-cv-05439 OWW DLB <br><br> (Consolidated with 1:03-cv-5774 OWW SMS and Stanislaus County Superior Court Case No. 322675) <br><br> **ORDER RESETTING HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT** <br> **[Docket #s 478 & 502]** <br><br> Date: April 12, 2011 <br> Time: 12:15 p.m. <br> Courtroom: 3 <br> Judge: Hon. Oliver W. Wanger |

WHEREAS, Plaintiffs, Defendants, Cross-Defendants and Counter-Defendants CALIFORNIA EQUITY MANAGEMENT GROUP, INC. and FOX HOLLOW OF TURLOCK OWNERS ASSOCIATION and Defendant, Cross-Defendant and Counter-Defendant ANDREW KATAKIS (collectively the "CEMG/Fox Hollow Parties"), filed a Motion for Partial Summary Judgment re Cross-Complaint claims herein on February 4, 2011 [Docket #s 478 & 479];

12444/00001-1719689.v1

[PROPOSED] ORDER RESETTING HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT

WHEREAS, Cross-Complainants Richard Sinclair, Gregory Mauchley and Brandon Sinclair (the "Cross-Complainants"), filed their opposition thereto on March 14, 2011 [Docket #493 and 494] and the CEMG/Fox Hollow Parties filed their reply on March 21, 2011 [Docket #s 503, 504, 505, 506, 507 and 508], and therefore the briefing on such motion has been completed;

WHEREAS, the Court, by Minute Order filed March 21, 2011, vacated the hearing on such motion set for April 4, 2011, and directed that a new date for the motion would be discussed at a hearing on other motions on April 11, 2011;

WHEREAS, Mr. Sinclair filed an ex parte application received by the Court on Monday morning, April 11, 2011, to continue the April 11, 2011 hearing and the Court issued its Minute Order continuing the hearing set for April 11, 2011, to 12:15 p.m. on Tuesday, April 12, 2011; and

WHEREAS, the Court held the hearing on the other motions on April 12, 2011, commencing at 12:15 pm, with D. Greg Durbin appearing for the CEMG/Fox Hollow Parties and Steven Stoker appearing on behalf of Defendant and Counterclaimant Lairtrust LLC and Defendants Mauctrst LLC and Capstone LLC:

NOW, THEREFORE, GOOD CAUSE APPEARING, it is hereby ordered that the hearing on the Motion for Partial Summary Judgment shall and hereby is reset for Monday, May 2, 2011, at 10:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom 3 of the above-referenced Court.

**IT IS SO ORDERED**.

Dated: April 29, 2011                    /s/ OLIVER W. WANGER
                                         UNITED STATES DISTRICT JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

12444/00001-1719689.v1                    2

ORDER RESETTING HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com