| | |
|---|---|
| D. Greg Durbin, # 81749<br>John M. Dunn, # 166482<br>Daniel S. Cho, # 260902<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:      (559) 433-1300<br>Facsimile:       (559) 433-2300 | (SPACE BELOW FOR FILING STAMP ONLY) |

Attorneys Plaintiffs, Defendants and Cross-Defendants
FOX HOLLOW OF TURLOCK OWNERS
ASSOCIATION and CALIFORNIA EQUITY
MANAGEMENT GROUP, INC. and Defendant and
Cross-Defendant ANDREW KATAKIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; et. al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>MAUCTRST LLC; et. al.,<br><br>           Defendants.<br><br>AND CONSOLIDATED ACTIONS | Case No.  1:03-CV-05439-OWW-DLB<br><br>(Consolidated with 1:03-CV-5774 OWW SMS and Stanislaus County Superior Court Case No. 322675)<br><br>**ORDER GRANTING THE CEMG/FOX HOLLOW PARTIES': (1) MOTION TO SEVER AND STAY BALANCE OF CROSS-COMPLAINT [Doc. 477]; AND (2) MOTION TO SEVER AND STAY COUNTERCLAIM BY LAIRTRUST, LLC [Doc. 480]** |

Plaintiffs, Defendants, and Cross-Defendants FOX HOLLOW OF TURLOCK OWNERS ASSOCIATION, CALIFORNIA EQUITY MANAGEMENT GROUP, INC., and Defendant and Cross-Defendant ANDREW KATAKIS (collectively, the "CEMG/Fox Hollow Parties"), having (1) filed their Motion to Sever and Stay Balance of Cross-Complaint in Response to Order Granting in part, Cross-Defendants' Motion to Dismiss Cross-Complaint, or in the Alternative, Sever and Stay Cross-Complaint on February 4, 2011 ("Motion to Stay Balance of Cross-

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

ORDER GRANTING (1) MOTION TO STAY BALANCE OF CROSS-COMPLAINT; AND (2) MOTION TO STAY COUNTERCLAIM

PDF created with pdfFactory trial version www.pdffactory.com

Complaint") [Docket # 477] as to the Cross-Complaint filed herein on August 10, 2010 [Docket # 425] by Cross-Complainants GREGORY MAUCHLEY, RICHARD SINCLAIR, and BRANDON SINCLAIR; and (2) also having filed their Motion to Sever and Stay Counterclaim by LAIRTRUST, LLC on February 14, 2011 ("Motion to Stay Counterclaim") [Docket # 480] as to the Counterclaims filed herein on January 19, 2011 [Docket # 471] by Counterclaimant LAIRTRUST, LLC, and the Court having issued its Memorandum of Decision on April 29, 2011, granting such Motion to Stay Balance and Motion to Stay Counterclaim, and providing notice thereof to the parties through the electronic filing system:

NOW, THEREFORE, IT IS HEREBY ORDERED that CEMG/Fox Hollow Parties' Motion to Sever and Stay Balance of Cross-Complaint in Response to Order Granting in part, Cross-Defendants' Motion to Dismiss Cross-Complaint, or in the Alternative, Sever and Stay Cross-Complaint filed on February 4, 2011 [Docket # 477] be and hereby is GRANTED in its entirety;

IT IS HEREBY FURTHER ORDERED that the CEMG/Fox Hollow Parties' Motion to Sever and Stay Counterclaims by LAIRTRUST, LLC filed on February 14, 2011 [Docket # 480] be and hereby is GRANTED in its entirety.

IT IS SO ORDERED.

Dated: May 11, 2011

/s/ OLIVER W. WANGER
UNITED STATES DISTRICT COURT JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

ORDER GRANTING (1) MOTION TO STAY BALANCE OF CROSS-COMPLAINT; AND (2) MOTION TO STAY COUNTERCLAIM

PDF created with pdfFactory trial version www.pdffactory.com