# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

FOX HOLLOW OF TURLOCK
OWNERS' ASSOCIATION, et al.,

                           Plaintiffs,

        v.

RICHARD SINCLAIR, et al.,

                           Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

1:03cv5439 OWW DLB


ORDER GRANTING PLAINTIFFS'
EX PARTE REQUEST TO SET
HEARING DATE
(Document 577)

Date:  May 27, 2011
Time:  9:00 a.m.
Courtroom 9

        On May 13, 2011, Plaintiffs filed an ex parte request to set a hearing date to establish a protective order.

        For GOOD CAUSE appearing, Plaintiffs' request is GRANTED.  The Court SETS a hearing on May 27, 2011, at 9:00 a.m., in Courtroom 9.  The parties shall file a joint statement by Tuesday, May 24, 2011.


        IT IS SO ORDERED.

        **Dated:   May 16, 2011**              **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

1