D. Greg Durbin, # 81749
John M. Dunn, # 166482
Daniel S. Cho, #260902
McCORMICK, BARSTOW, SHEPPARD,
  WAYTE & CARRUTH LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Plaintiffs/ Defendants/Cross-Defendants
FOX HOLLOW OF TURLOCK OWNERS
ASSOCIATION and CALIFORNIA EQUITY
MANAGEMENT GROUP, INC. and Defendant/Cross-
Defendant ANDREW KATAKIS

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION, a California Nonprofit Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD SINCLAIR, an individual; et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CIV-F-03-5439 OWW DLB<br><br>(Consolidated with 1:03-CV-5774 OWW SMS) and Stanislaus County Superior Court Case No. 322675<br><br>**EX PARTE APPLICATION TO EXTEND DISCOVERY CUT-OFF AS TO DEPOSITIONS OF MR. MAUCHLEY, MR. FLAKE AND MR. KATAKIS ONLY; AND ORDER THEREON** |

## **APPLICATION**

I, D. Greg Durbin, do hereby declare and state:

    1.    Your declarant is a member of the firm McCormick, Barstow, Sheppard, Wayte & Carruth LLP, attorneys of record herein for Plaintiffs FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION and CALIFORNIA EQUITY MANAGEMENT GROUP, INC., and

1  Defendant (in one of the consolidated actions) ANDREW KATAKIS (collectively the
2  "CEMG/Fox Hollow Parties") and as such is a duly licensed and practicing attorney before all
3  courts in the State of California and in this court.

4      2.    Your declarant is lead counsel on behalf of the CEMG/Fox Hollow Parties
5  in this action and makes this declaration of his own personal knowledge.

6      3.    Your declarant applies on behalf of the CEMG/Fox Hollow Parties, for an
7  order of this court extending the current discovery cut-off of June 15, 2011, for the depositions of
8  Gregory Mauchley, Stanley Flake and Andrew Katakis, up to and including Friday, July 29, 2011.

9      4.    Good cause supports this request in that, among other things:

10     a.    The CEMG/Fox Hollow Parties filed a motion to compel further
11 written responses, further production of documents, and for sanctions against various Defendants,
12 including Defendant Gregory Mauchley, which such motion as to Mr. Mauchley only has been
13 continued to July 8, 2011, to afford time for Mr. Mauchley to provide supplemental written
14 responses and a production of documents.

15     b.    Mr. Mauchley's deposition, that is currently set for June 9, 2011, in
16 Salt Lake City, Utah, would occur without the benefit of the supplemental responses and
17 production, and accordingly the CEMG/Fox Hollow Parties wish to avoid the risk of the need to
18 reconvene Mr. Mauchley's deposition and so request that discovery cut-off be extended with
19 respect to his deposition so that it could occur after the supplemental responses and production
20 are provided (and if necessary, the resolution by the court of any remaining issues).

21     c.    The CEMG/Fox Hollow Parties have noticed the deposition of
22 Defendant Stanley Flake for June 14, 2011.

23     d.    The attorneys for Mr. Mauchley have advised that they wish to take
24 the deposition of Mr. Katakis and Mr. Mauchley's counsel and CEMG's counsel have agreed to
25 the date of June 15, 2011.

26     e.    Counsel for the CEMG/Fox Hollow Parties, Mr. Mauchley, Mr.
27 Flake, wish to conduct all three depositions in California and Mr. Mauchley has agreed to come
28 to California, with the goal of having the depositions occur in a three day sequence that is

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

12444/00001-1745881.v1    2

EX PARTE APPLICATION TO EXTEND DISCOVERY CUT-OFF

currently being discussed (the dates of July 11, 12 and 13 have been tentatively agreed to pending confirmation of he availability of one of the witnesses).

        f.      Judicial efficiency would be achieved by permitting these three depositions to occur beyond the current June 15, 2011 discovery cut-off, as long as they occur prior to July 29, 2011, which is the cut-off date for non-dispositive motions.

5.      Counsel for Mr. Mauchley (Mr. Tracy [pro hac vice pending] and Mr. Rindlisbacher) and counsel for Mr. Flake ( Janlynn Fleener) on behalf of their respective clients have consented to and join in this request for an extension of the discovery cut-off with respect to these three depositions.

6.      As explained above, the interests of justice are served by and good cause is provided for the extension of the discovery cut-off requested.

7.      No extension of the discovery cut-off is requested in this ex parte application, except as to those three depositions, each of which will occur for no more than one day.

Your declarant declares under penalty of perjury that the foregoing is true and correct and that this declaration is executed by him on this 3rd day of June, 2011, at Fresno, California.

By:     /s/ D. Greg Durbin
        D. Greg Durbin

## ORDER

Upon ex parte application of the CEMG/Fox Hollow Parties, and good cause appearing, it is hereby ordered that:

1.      The current discovery cut-off of June 15, 2011, be extended up to and including July 29, 2011, with respect to the taking of a one day deposition of Gregory Mauchley noticed by the CEMG/Fox Hollow Parties;

2. The current discovery cut-off of June 15, 2011, be extended up to and including July 29, 2011, with respect to the taking of a one day deposition of Stanley Flake noticed by the CEMG/Fox Hollow Parties; and

3. The current discovery cut-off of June 15, 2011, be extended up to and including July 29, 2011, with respect to the taking of a one day deposition of Andrew Katakis to be noticed by the Mr. Mauchley.

4. Except as set forth herein, this order does not otherwise continue any of the dates set out in the Supplemental Scheduling Conference Order filed August 20, 2010 [Docket # 429].

IT IS SO ORDERED.

Dated: **June 3, 2011**         /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE