STEVEN R. STOKER  154947
**PASCUZZI, MOORE & STOKER**
**A Professional Corporation**
2377 West Shaw Avenue, Suite 201
Fresno, California  93711
Telephone:   (559) 227-1100
Facsimile:   (559) 227-1290

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION, a California Nonprofit Mutual Benefit Corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>RICHARD SINCLAIR, an individual, et al.,<br><br>            Defendants. | Case No. 1:03-cv-05439 OWW DLB<br><br>(Consolidated with Case No. 1:03-CV-5774 OWW SMS and Stanislaus County Superior Court Case No. 332675)<br><br><br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL BY STEVEN R. STOKER** |
| AND CONSOLIDATED ACTIONS. | |

Pursuant to the Motion for Leave to Withdraw as Counsel brought by Steven R. Stoker and the law firm Pascuzzi, Moore & Stoker, having reviewed the moving papers and oral argument, IT IS HEREBY ORDERED that Steven R. Stoker and the law firm Pascuzzi, Moore & Stoker be granted leave to withdraw as attorney of record for MAUCTRST, LLC, CAPSTONE, LLC and LAIRTRUST, LLC..

IT IS FURTHER ORDERED that MAUCTRST, LLC, CAPSTONE, LLC and LAIRTRUST, LLC file proof of attorney representation within 10 days.

///

///

///

///

IT IS SO ORDERED.

Dated:  **June 8, 2011**                    **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE

Order Regarding Withdrawal as Counsel