D. Greg Durbin, # 81749
John M. Dunn, # 166482
Daniel S. Cho, # 260902
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys Plaintiffs, Defendants and Cross-Defendants
FOX HOLLOW OF TURLOCK OWNERS
ASSOCIATION and CALIFORNIA EQUITY
MANAGEMENT GROUP, INC. and Defendant and
Cross-Defendant ANDREW KATAKIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>MAUCTRST LLC; et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | Case No.  1:03-CV-05439-OWW-DLB<br><br>(Consolidated with 1:03-CV-5774 OWW SMS and Stanislaus County Superior Court Case No. 322675)<br><br>**ORDER GRANTING THE CEMG/FOX HOLLOW PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT RE CROSS-COMPLAINT CLAIMS ARISING OUT OF CROSS-DEFENDANTS' ALLEGED CONDUCT DURING AND AFTER TRIAL OF THE STATE COURT ACTION** |

The Motion of Plaintiffs, Defendants, and Cross-Defendants FOX HOLLOW OF TURLOCK OWNERS ASSOCIATION and CALIFORNIA EQUITY MANAGEMENT GROUP, INC., and Defendant and Cross-Defendant ANDREW KATAKIS (collectively, the "CEMG/Fox Hollow Parties") for Partial Summary Judgment Re Cross-Complaint Claims Arising Out of Cross-Defendants' Alleged Conduct During and After Trial of the State Court Action [Docket # 478] having regularly come on for hearing on May 2, 2011, with D. Greg

12444/00001-1751245.v1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

ORDER GRANTING THE CEMG/FOX HOLLOW PARTIES' MOTION FOR PARTIAL SUMMARY
JUDGMENT RE: CROSS-COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

Durbin appearing personally on behalf of the CEMG/Fox Hollow Parties and Richard C. Sinclair appearing telephonically; the Cross-Complaint filed by Defendants and Cross-Complainants RICHARD SINCLAIR, BRANDON SINCLAIR, and GREGORY MAUCHLEY on August 10, 2010 (the "Cross-Complaint [Docket # 425]) having been stayed the by order filed herein on February 2, 2011, except for claims arising out of "(i) Plaintiffs' alleged breach of the 2007 settlement agreement, and (ii) Plaintiffs' alleged conduct during and after trial of the state court action" [Docket # 476]; the claims arising out of the purported 2007 settlement agreement having been stayed by the Court on April 29, 2011 [Docket #s 563 and 576]; the present motion directed to the remaining unstayed claims arising out of the CEMG/Fox Hollow Parties' conduct during and after trial of the state court action alleged in the Cross-Complaint, having been argued and submitted; the Court having issued and served its Memorandum of Decision on June 13, 2011 [Docket # 626], granting such Motion for Partial Summary Judgment; and the Court finding that none of the Defendants and Cross-Complainants RICHARD SINCLAIR, BRANDON SINCLAIR, and GREGORY MAUCHLEY were owners of Lot 1 of Fox Hollow during and after trial of the state court action, and therefore, they each lack standing to sue for claims arising out of any ownership interest in Lot 1 during and after trial of the state court action:

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The CEMG/Fox Hollow Parties' Motion for Partial Summary Judgment Re Cross-Complaint Claims Arising Out of Cross-Defendants' Alleged Conduct During and After Trial of the State Court Action is GRANTED; and

2. The claims of Defendants and Cross-Complainants RICHARD SINCLAIR, BRANDON SINCLAIR, and GREGORY MAUCHLEY against the CEMG/Fox Hollow Parties arising out of any ownership interest in Lot 1 at Fox Hollow during and after trial of the state court action are dismissed.

Dated: June 24, 2011

/s/ OLIVER W. WANGER
UNITED STATES DISTRICT COURT JUDGE

12444/00001-1751245.v1

2

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

ORDER GRANTING THE CEMG/FOX HOLLOW PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT RE: CROSS-COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com