D. Greg Durbin, # 81749
John M. Dunn, # 166482
Daniel S. Cho, # 260902
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys Plaintiffs, Defendants, Cross-Defendants, and Counter-Defendants FOX HOLLOW OF TURLOCK OWNERS ASSOCIATION and CALIFORNIA EQUITY MANAGEMENT GROUP, INC. and Defendant, Cross-Defendant, and Counter-Defendant ANDREW KATAKIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>MAUCTRST LLC; et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | Case No.  1:03-CV-05439-OWW-DLB<br><br>(Consolidated with 1:03-CV-5774 OWW SMS and Stanislaus County Superior Court Case No. 322675)<br><br>**ORDER GRANTING THE CEMG/FOX HOLLOW PARTIES' MOTION FOR MORE DEFINITE STATEMENT OF COUNTERCLAIM OF LAIRTRUST, LLC** |

The Motion of Plaintiffs, Defendants, Cross-Defendants, and Counter-Defendants FOX HOLLOW OF TURLOCK OWNERS ASSOCIATION, CALIFORNIA EQUITY MANAGEMENT GROUP, INC., and Defendant, Cross-Defendant, and Counter-Defendant ANDREW KATAKIS (collectively, the "CEMG/Fox Hollow Parties") for More Definite Statement of Counterclaim of LAIRTRUST, LLC [Docket # 485], having regularly come on for hearing on April 12, 2011, with D. Greg Durbin appearing personally on behalf of the

12444/00001-1768850.v1

CEMG/Fox Hollow Parties and Steven R. Stoker appearing personally on behalf of Counterclaimant LAIRTRUST, LLC; the Counterclaim of Counterclaimant LAIRTRUST, LLC [Docket #471] having been stayed by the order filed herein on May 13, 2011, except for claims arising out of "Plaintiffs' alleged conduct during and after trial of the state court action." [See Docket #s 473, 563, 576]; the present motion being directed to the remaining unstayed claims arising out of the CEMG/Fox Hollow parties' conduct during and after trial of the state court action alleged in the Counterclaim, having been argued and submitted; the Court having issued and served its Memorandum Decision on June 28, 2011 [Docket # 644], granting such Motion for More Definite Statement; and the Court finding that LAIRTRUST, LLC'S allegations concerning the unstayed claims that are the basis of all twelve causes of action asserted in the Counterclaim are unclear from the face of the Counterclaim and because the majority of LAIRTRUST, LLC'S Counterclaim has been stayed, which requires a more definite statement to permit the CEMG/Fox Hollow Parties to frame a response:

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The CEMG/Fox Hollow Parties' Motion for More Definite Statement of Counterclaim of LAIRTRUST, LLC is GRANTED; and;

2. LAIRTRUST, LLC shall file an amended Counterclaim within thirty (30) days following service of this Order.

IT IS SO ORDERED.

Dated: **July 6, 2011**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

12444/00001-1768850.v1                             2

[PROPOSED] ORDER GRANTING THE CEMG/FOX HOLLOW PARTIES' MOTION FOR MORE DEFINITE STATEMENT OF COUNTERCLAIM OF LAIRTRUST, LLC

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501