1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FOX HOLLOW OF TURLOCK OWNERS'ASSOCIATION, et al., | ) ) | 1:03cv5439 OWW DLB |
| 9 | ) | |
| | ) | ORDER VACATING COURT'S |
| 10 | ) | AUGUST 3, 2011, ORDER |
| | ) | (Document 716) |
| 11        Plaintiffs, | ) | |
| | ) | ORDER GRANTING DEFENDANT'S |
| 12     v. | ) | REQUEST TO CONTINUE HEARING |
| | ) | IN PART |
| 13   RICHARD SINCLAIR, et al., | ) | (Document 710) |
| | ) | |
| 14 | ) | **Date:  August 11, 2011** |
| | ) | **Time: 10:00 a.m.** |
| 15        Defendants. | ) | **Courtroom 9** |
| | ) | |

16

17       On August 3, 2011, the Court issued an order denying Mr. Sinclair's request to continue

18  the August 12, 2011, hearing related to the Order to Show Cause issued against him.  The Court

19  mistakenly concluded, however, that Mr. Sinclair had not filed a response to the Order to Show

20  Cause and vacated the August 12, 2011, hearing.

21       On July 26, 2011, Mr. Sinclair filed a "Memorandum of Points and Authorities Regarding

22  Opposition to Rule 11 Violation" and he is therefore in compliance with the Order to Show

23  Cause.  Plaintiffs filed a reply on August 3, 2011, and briefing is completed.  The August 3,

24  2011, order taking the hearing off calendar is therefore VACATED.

25       On August 1, 2011, Mr. Sinclair requested that the Court continue the August 12 hearing

26  to August 26, 2011, due to a court appearance "in another town."  Plaintiffs opposed any

27  continuance.

28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

To accommodate Mr. Sinclair's schedule and avoid unnecessary delay, the Court will ADVANCE the hearing on the Order to Show Cause to **August 11, 2011, at 10:00 a.m., in Courtroom 9**.  Mr. Sinclair is ordered to appear.

IT IS SO ORDERED.

**Dated:   August 5, 2011**                              **/s/ Dennis L. Beck**
                                                                        UNITED STATES MAGISTRATE JUDGE

2