1    D. Greg Durbin, # 81749              (SPACE BELOW FOR FILING STAMP ONLY)
      John M. Dunn, # 166482
2    Daniel S. Cho, # 260902
      McCormick, Barstow, Sheppard,
3    Wayte & Carruth LLP
      P.O. Box 28912
4    5 River Park Place East
      Fresno, CA  93720-1501
5    Telephone:     (559) 433-1300
      Facsimile:      (559) 433-2300

6

7    Attorneys Plaintiffs, Defendants and Cross-Defendants
      FOX HOLLOW OF TURLOCK OWNERS
      ASSOCIATION and CALIFORNIA EQUITY
8    MANAGEMENT GROUP, INC. and Defendant and
      Cross-Defendant ANDREW KATAKIS

9

10    [continued on signature page]

11

12                      UNITED STATES DISTRICT COURT

13                      EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14 FOX HOLLOW OF TURLOCK<br>OWNERS' ASSOCIATION, a California<br>15 Nonprofit Mutual Benefit Corporation, | Case No.  CIV-F-03-5439 OWW DLB<br><br>(Consolidated with 1:03-CV-5774 OWW SMS)<br>and Stanislaus County Superior Court Case No.<br>322675 |
| 16           Plaintiff, | |
| 17      v. | **STIPULATION RESOLVING MOTION TO<br>COMPEL DEPOSITION OF GREGORY<br>MAUCHLEY [DOCKET # 694];** |
| 18 RICHARD SINCLAIR, an individual; et<br>al., | |
| 19 | **EX PARTE APPLICATION TO EXTEND<br>TIME FOR DEPOSITION OF GREGORY** |
| 20         Defendants. | **MAUCHLEY;  AND<br>ORDER THEREON** |
| 21 | |
| 22 | Hearing:<br>Date:       August 26, 2011 |
| 23 | Time:          9:00 a.m.<br>Courtroom: 9, Hon. Dennis L. Beck |
| 24 ——————————————— | |
| 25 AND CONSOLIDATED ACTIONS | |
| 26 | |

27

28

McCormick, Barstow,<br>Sheppard, Wayte &<br>Carruth LLP<br>5 River Park Place East<br>Fresno, CA 93720-1501

12444/00001-1789019.v1

STIPULATION AND EX PARTE APPLICATION

WHEREAS, Plaintiffs, Defendants and Cross-Defendants FOX HOLLOW OF TURLOCK OWNERS ASSOCIATION and CALIFORNIA EQUITY MANAGEMENT GROUP, INC. and Defendant and Cross-Defendant ANDREW KATAKIS (collectively the "CEMG/Fox Hollow Parties"), originally noticed the deposition in the within action of Defendant GREGORY MAUCHLEY ("Mr. MAUCHLEY") to occur on June 9, 2011;

WHEREAS, in connection with the resolution of a Motion to Compel Discovery Responses from Mr. MAUCHLEY [Docket # 571], Mr. MAUCHLEY agreed to appear in California for his deposition on or before July 29, 2011, although he resides in the state of Utah;

WHEREAS, pursuant to the Ex Parte Application filed by the CEMG/Fox Hollow Parties on June 3, 2011 [Docket # 611], the Court issued its Order on June 3, 2011 [Docket # 612] extending the time within which the deposition of Mr. MAUCHLEY may be taken up to and including July 29, 2011 [that otherwise was beyond the discovery cut-off in the within action of June 15, 2011];

WHEREAS, the CEMG/Fox Hollow Parties ultimately served an Amended Notice of Mr. MAUCHLEY's deposition, setting his deposition to occur in Modesto, California, on July 26, 2011;

WHEREAS, the CEMG/Fox Hollow Parties on July 26, 2011, filed a Motion to Compel Mr. MAUCHLEY to attend his deposition [Docket # 694] in light of the fact Mr. MAUCHLEY without the consent of CEMG/Fox Hollow Parties did not appear for his deposition as so noticed;

WHEREAS, counsel for the CEMG/Fox Hollow Parties and for Mr. MAUCHLEY have met and conferred for purposes of resolving said motion and have reached the agreement as herein set forth; and

WHEREAS, the new date agreed upon for Mr. MAUCHLEY deposition is well in advance of the currently set pre-trial conference on October 17, 2011:

NOW, THEREFORE, it is hereby stipulated and agreed by and between CEMG/Fox Hollow Parties and Mr. MAUCHLEY through their respective counsel of record herein, and request is made of the Court to grant the ex parte application herein and to enter an order as

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

12444/00001-1789019.v1

2

STIPULATION RESOLVING MOTION TO COMPEL DEPOSITION OF GREGORY MAUCHLEY [DOCKET # 694]; EX PARTE APPLICATION TO EXTEND TIME FOR DEPOSITION OF GREGORY MAUCHLEY; AND ORDER THEREON

1   follows:

2        1.    The motion to compel Mr. MAUCHLEY to appear at his deposition be granted,

3   and Mr. MAUCHLEY hereby agrees to appear for his deposition at the offices of counsel for the

4   CEMG/Fox Hollow Parties in Modesto, California, at 9:00 am on Saturday, September 24, 2011;

5   and

6        2.    The ex parte application by the CEMG/Fox Hollow Parties and Mr. MAUCHLEY

7   to extend the discovery cut off within which said deposition may be taken up to and including

8   September 30,  2011, be granted.

9   Dated: August 17, 2011          McCORMICK, BARSTOW, SHEPPARD,
10                     WAYTE & CARRUTH LLP

11

12             By:      /s/ D. Greg Durbin
                  D. Greg Durbin
13                     John M. Dunn
          Attorneys for Plaintiffs and Defendants
14               FOX HOLLOW OF TURLOCK
            OWNERS ASSOCIATION and
15            CALIFORNIA EQUITY MANAGEMENT
        GROUP, INC. and Defendant ANDREW
16                     KATAKIS

17

18   Dated: August 17, 2011          PERKINS, MANN & EVERETT
19             A Professional Corporation
          2222 West Shaw Avenue, Suite 202
20             Fresno, California 93711
          Telephone (559) 447-5700
21

22

23             By:      /s/ Curtis D. Rindlisbacher

24                Douglas V. Thornton,
            Curtis D. Rindlisbacher
25            Attorneys for Defendants Gregory
          Mauchley and Mauctrst LLC
26

27

28

12444/00001-1789019.v1              3

1

2

3   Dated: August 17, 2011                    BENNETT TUELLER JOHNSON & DEERE
                                              Millrock Park West Building
4                                             3165 East Millrock Drive, Suite 500
                                              Salt Lake City Utah 84121
5                                             Telephone (801) 438-2000
                                              Facsimile (801) 438-2050
6

7

8                                             By:_____/s/ James K. Tracy_____

9                                                     James K. Tracy
                                                 Attorneys for Defendant Gregory
10                                                         Mauchley

11

12                                  ORDER

13
        The parties having so stipulated and agreed, and good cause appearing, it is hereby
14
ORDERED THAT:
15
        1.      The motion to compel Mr. MAUCHLEY to appear at his deposition be and hereby
16
is granted, and Mr. MAUCHLEY is ordered to appear for his deposition at the offices of counsel
17
for the CEMG/Fox Hollow Parties in Modesto, California, at 9:00 am on Saturday September 24,
18
2011; and
19
        2.      The ex parte application by the CEMG/Fox Hollow Parties and Mr. MAUCHLEY
20
to extend the discovery cut off within which said deposition may be taken up to and including
21
September 30, 2011, be and hereby is hereby granted.
22

23   IT IS SO ORDERED.

24
        Dated:   **August 23, 2011**            _____/s/ Dennis L. Beck_____
25
                                                UNITED STATES MAGISTRATE JUDGE
26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

12444/00001-1789019.v1                    4