# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD SINCLAIR, et al.,<br><br>Defendants. | 1:03cv5439 OWW DLB<br><br>ORDER GRANTING DEFENDANTS' EX PARTE REQUESTS FOR EXTENSIONS OF TIME IN PART<br><br>(Documents 753 and 754) |

On August 29, 2011, Defendant Richard Sinclair filed an Ex Parte Request to extend the August 30, 2011, discovery deadline. On August 30, 2011, Defendant Brandon Sinclair filed a similar request.

The discovery at issue was first ordered by this Court on June 3, 2011. Rather than produce documents, Defendants filed a motion to reconsider the Court's decision. On August 8, 2011, the Court denied Defendants' motion and ordered compliance with the June 3, 2011, order by August 30, 2011.

Defendants now seek to extend their time once again. Defendant Richard Sinclair requests an extension to September 8, 2011, due to his status as a sole practitioner and the amount of discovery involved. Defendant Brandon Sinclair seeks an extension to September 15, 2011, due to his status as a non-attorney, the amount of discovery involved, and his desire to have his father, Richard, review his responses prior to submitting them to Plaintiffs.

1    Defendants have failed to show good cause to warrant the requested extensions.
2 Although they suggest that the extension will not prejudice Plaintiffs because the hearing on the
3 motion to dismiss is not until September 26, 2011, Defendants fail to recognize that
4 supplemental briefing for the motion is due by September 12, 2011.  Defendants' responses to
5 discovery are undoubtedly necessary for Plaintiffs' preparation of the briefing.
6    Therefore, in light of the upcoming briefing deadline of September 12, 2011, and the
7 September 26, 2011, hearing, Defendants SHALL produce ALL RESPONSES to discovery no
8 later than Wednesday, September 7, 2011.  Defendants are FURTHER ORDERED to begin
9 producing responses that are ready for production immediately.
10    <u>No further extensions will be granted</u>.

13    IT IS SO ORDERED.
14    Dated:   **September 1, 2011**                    **/s/ Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE