# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION, et al., | 1:03cv5439 OWW DLB |
| Plaintiffs, | ORDER DENYING DEFENDANTS' EX PARTE REQUEST FOR AN EXTENSION OF TIME |
| v. | (Document 758) |
| RICHARD SINCLAIR, et al., | |
| Defendants. | |

On September 6, 2011, Defendants Richard Sinclair, Capstone, LLC, and Lairtrust, LLC, filed an Ex Parte Request to extend the September 7, 2011, discovery deadline. Plaintiffs opposed the request on September 7, 2011.

Defendants filed a similar request on August 29, 2011. The Court granted the request in part on September 1, 2011, and ordered discovery to be produced by September 7, 2011. The Court also stated that <u>no further extensions would be granted</u>. Defendants' current request does not warrant an exception from this prohibition against further continuances.

Accordingly, Defendants' ex parte request is DENIED.

IT IS SO ORDERED.

Dated:   September 7, 2011             /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE