Douglas V. Thornton, #154956
Curtis D. Rindlesbacher, #142929
PERKINS, MANN & EVERETT
A Professional Corporation
2222 West Shaw Avenue, Suite 202
Fresno, California 93711
Telephone: (559) 447-5700
Facsimile (559) 447-5600

James K. Tracy (Utah State Bar #6668) (admitted pro hac vice)
Eric G. Goodrich (Utah State Bar #12521) (admitted pro hac vice)
BENNETT TUELLER JOHNSON & DEERE, LLC
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050

Attorneys for Defendant Gregory Mauchley

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNER'S ASSOCIATION, ET AL<br>          Plaintiffs,<br><br>    vs.<br><br>MAUCTRST, LLC, et al<br>          Defendants. | CASE NO.: CIV-F-03-5439 OWW-DLB<br><br>(Consolidated with Case No. 1:03-CV-5774 OWW SMS and Stanislaus County Superior Court Case No. 332675)<br><br>**ORDER GRANTING EX PARTE APPLICATION TO EXTEND TIME FOR DEPOSITION OF GREGORY MAUCHLEY** |

Upon ex parte application by counsel for Gregory Mauchley, and good cause appearing, it is hereby ORDERED that Mr. Mauchley's deposition currently set for Saturday September 24, 2011, at 9:00 a.m., be and hereby is, MOVED to Saturday September 24, 2011, at 12:00 p.m.

Mr. Mauchley's deposition will still be taken at the offices of counsel for the CEMG/Fox Hollow Parties.

IT IS SO ORDERED

    Dated: September 16, 2011        /s/ Dennis L. Beck
                                            UNITED STATES MAGISTRATE JUDGE