# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION, et al., | ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:03cv5439 OWW DLB  <br><br>ORDER DENYING STANLEY FLAKE'S MOTION TO COMPEL AS MOOT  <br><br>(Document 658) |
| Plaintiffs, | | |
| v. | | |
| RICHARD SINCLAIR, et al., | | |
| Defendants. | | |

     Defendant Stanley M. Flake ("Mr. Flake"), individually and as Trustee of the Julie Insurance Trust and Trustee of the Capstone Trust, filed this motion to compel against Plaintiffs Fox Hollow of Turlock Owners Association ("Fox Hollow") and California Equity Management Group, Inc. ("CEMG"), June 30, 2011.

     On August 26, 2011, the matter was heard before the Honorable Dennis L. Beck, United States Magistrate Judge. Janlynn Fleener appeared on behalf of Mr. Flake. Greg Durbin appeared on behalf of Fox Hollow and CEMG. The Court continued the matter to September 23, 2011, and instructed the parties to attempt to resolve the issues.

     On September 23, 2011, the parties again appeared before the Court. Ms. Fleener informed the Court that Mr. Flake has withdrawn his motion to compel. Accordingly, the motion is DENIED AS MOOT.

     IT IS SO ORDERED.

    Dated:   **September 28, 2011**          **/s/ Dennis L. Beck**
                                                                  UNITED STATES MAGISTRATE JUDGE

1