# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION, a California Nonprofit Mutual Benefit Corporation, et al.,**<br><br>            Plaintiffs,<br><br>      v.<br><br>**MAUCTRST LLC; et al,**<br><br>            Defendants.<br><br>**AND CONSOLIDATED ACTIONS** | 1:03-5439 AWI DLB<br><br>**ORDER SETTING HEARING DATES AND REFERRING THIS ACTION TO MAGISTRATE JUDGE DENNIS L. BECK FOR A STATUS CONFERENCE** |

On September 8, 2011, Senior District Court Judge Oliver W. Wanger entered an order resolving several pending motions. The order also requested further briefing on certain issues.

On September 14, 2011, this action was re-assigned to Magistrate Judge Dennis L. Beck in light of Judge Wanger's then pending retirement. On October 11, 2011, this action was re-assigned to the undersigned because not all parties were willing to consent to Magistrate Judge Jurisdiction.

The undersigned has spent considerable time reviewing Judge Wanger's prior orders and the entire docket of this case, which totals 806 docket entries.

In an attempt to have this action proceed in a timely fashion,[1] the court ORDERS as follows:

1. The pending motion to strike the first amended counter-claim (docket entry 799) is set for oral argument on December 13, 2011;

2. The pending motions for sanctions and amended motions for sanctions (docket entries 784, 785, and 786) are set for oral argument on December 13, 2011; and

3. This action is referred to Magistrate Judge Beck for a status conference. Ten days before the status conference, the parties are ORDERED to provide Judge Beck with information on any additional pending motions and the parties' estimate of when a scheduling conference can be held to set formal dates to close discovery and resolve potential dispositive motions. Judge Beck will set this status conference and notify the parties of the status conference's date and time at his convenience.

IT IS SO ORDERED.

Dated:   October 26, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The parties are forewarned that the Fresno Division of the Eastern District of California now has the heaviest District Judge caseload in the entire nation. While the court will use its best efforts to resolve this and all civil cases in a timely manner, the parties are admonished that not all of the parties' needs and expectations may be met as expeditiously as desired. The parties are reminded of the availability of a United States Magistrate Judge to conduct all proceedings in this action.

2