UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNER'S ASSOCIATION, a California Nonprofit Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAUCTRUST, LLC et al.,<br><br>Defendants. | CASE NO. 1:13-CV-5439 AWI DLB<br><br>ORDER VACATING HEARING DATE OF FEBRUARY 21, 2012 AND TAKING MATTER UNDER SUBMISSION |

    Fox Hollow of Turlock Owners Association, California Equity Management Group, Inc., and Andrew Katakis have made a motion to strike a first amended counterclaim by Lairtust, LLC, Capstone, LLC, Las Palmas of Turlock, LLC, and Richard Sinclair.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 21, 2012, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 16, 2012

CHIEF UNITED STATES DISTRICT JUDGE

1