UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNER'S ASSOCIATION, a California Nonprofit Mutual Benefit Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MAUCTRUST, LLC et al.,<br><br>    Defendants. | CASE NO. 1:13-CV-5439 AWI DLB<br><br>ORDER VACATING HEARING DATE OF SEPTEMBER 17, 2012 AND TAKING MATTER UNDER SUBMISSION |

    Lairtrust, LLC, Capstone, LLC, and Las Palmas of Turlock LLC have made a motion for judicial estoppel against Fox Hollow of Turlock Owners Association, California Equity Management Group, Inc., and Andrew Katakis.  They, in turn, oppose the motion.  The court has reviewed the papers filed and has determined that oral argument would not be helpful at this time. See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 17, 2012, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 13, 2012                                       _____
                                                                    CHIEF UNITED STATES DISTRICT JUDGE