UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNER'S ASSOCIATION, a California Nonprofit Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAUCTRUST, LLC et al.,<br><br>Defendants. | CASE NO. 1:03-CV-5439 AWI DLB<br><br>ORDER STRIKING FILING |

Fox Hollow of Turlock Owners Association, California Equity Management Group, Inc., and Andrew Katakis have made a motion for judgment on the pleadings on the First Amended Complaint against Mauctrst LLC (Doc. 80) and for entry of default on the Consolidated Amended Supplemental Complaint against Mauctrst LLC (Doc. 410). Doc. 869.  In response, Richard Sinclair has filed an opposition. Doc 874.  Richard Sinclair does not represent Mauctrst LLC; Douglas Vern Thornton of Perkins, Mann & Everett is Mauctrst LLC's attorney of record. Doc. 635.  Douglas Vern Thornton was electronically served with the motion. See Doc. 869. Richard Sinclair's opposition (Doc. 874) is STRICKEN.

IT IS SO ORDERED.

Dated:   December 17, 2012

UNITED STATES DISTRICT JUDGE

1