UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNER'S ASSOCIATION, a California Nonprofit Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAUCTRUST, LLC et al.,<br><br>Defendants. | CASE NO. 1:03-CV-5439 AWI DLB<br><br>ORDER DENYING EX PARTE MOTION TO CONTINUE ALL MATTERS FOR NINETY DAYS |

    Richard Sinclair, Lairtrust, LLC, and Capstone, LLC have made a motion to continue all matters for ninety days in order to resolve some tax issues that cloud the legal status of Lairtrust, which has had its license suspended by California's Franchise Tax Board. Doc. 875.  Sinclair fears that opposing parties may seek to have certain claims adjudicated against Lairtrust based on its status while the tax questions remain unresolved.  The opposing parties have filed an opposition to this motion for a continuance. Doc. 877.  They point out that there are two motions set for hearing on January 7, 2013 and that in neither motion is Lairtrust's status an issue.

    Based upon the argument that has been presented, there is no reason why the two pending motions should not be heard on January 7, 2013.  Sinclair will continue to try to restore Lairtrust's license in the meantime.  Should any new motion arise in this case that implicates Lairtrust's legal status, the court would be open to a new motion.  The existing motion to continue all matters for ninety days (Doc. 875) is DENIED.

IT IS SO ORDERED.

Dated:   December 21, 2012

                                       UNITED STATES DISTRICT JUDGE