UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNER'S ASSOCIATION, a California Nonprofit Mutual Benefit Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>MAUCTRUST, LLC et al.,<br><br>  Defendants. | CASE NO. 1:03-CV-5439 AWI DLB<br><br>ORDER VACATING HEARING DATE OF JANUARY 7, 2013 AND TAKING MATTER UNDER SUBMISSION |

   Fox Hollow of Turlock Owners Association, California Equity Management Group, Inc., and Andrew Katakis have made a motion to strike the first amended counterclaim of Lairtrust LLC, Capstone LLC, Las Palmas of Turlock LLC, and Richard Sinclair. Doc. 866.  They have also made a motion judgment on the pleadings against Mauctrst LLC. Doc. 869.  Both motions are opposed.  The court has reviewed the papers filed and has determined that oral argument would not be helpful at this time. See Local Rule 230(g).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 7, 2013, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  January 2, 2013

_____
UNITED STATES DISTRICT JUDGE

1