1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNER'S ASSOCIATION, a California Nonprofit Mutual Benefit Corporation, | ) ) ) CASE NO. 1:03-CV-5439 AWI SAB ) ) ORDER VACATING HEARING ) DATE OF JUNE 24, 2013 |
| Plaintiff, | ) |
| v. | ) ) |
| MAUCTRST, LLC et al., | ) ) |
| Defendants. | ) ) |

9
10
11
12
13
14
15
16

17    Plaintiffs have made a motion to dismiss and a motion for sanctions. Docs. 901 and 905.

18  The motions are opposed. Docs. 915 and 916.  The court has reviewed the papers filed and has

19  determined that oral argument would not be helpful at this time. See Local Rule 230(g).

20    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 24,

21  2013, is VACATED, and no party shall appear at that time.  As of that date, the court will take

22  the matter under submission and will thereafter issue its decision.

23  IT IS SO ORDERED.

24

Dated:     June 20, 2013                          _____

25                                                SENIOR  DISTRICT  JUDGE

26
27
28