# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FOX HOLLOW OF TURLOCK OWNER'S ASSOCIATION, a California Nonprofit Mutual Benefit Corporation, et al.,** <br><br> **Plaintiffs** <br><br> v. <br><br> **MAUCTRST, LLC, et al.,** <br><br> **Defendants** | CASE NO. 1:03-CV-5439 AWI SAB <br><br> ORDER VACATING HEARING DATE OF JULY 8, 2013 |

Lairtrust has made a motion to amend the counterclaim. Doc. 911. Plaintiffs have filed an opposition. Doc. 930. Lairtrust has filed a reply. Doc. 934. The court has reviewed the papers filed and has determined oral argument is not useful at this time. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 8, 2013, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: July 2, 2013

_____
SENIOR DISTRICT JUDGE