UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FOX HOLLOW OF TURLOCK OWNER'S ASSOCIATION, a California Nonprofit Mutual Benefit Corporation, et al.,**<br><br>**Plaintiffs**<br><br>v.<br><br>**MAUCTRST, LLC, et al.,**<br><br>**Defendants** | CASE NO. 1:03-CV-5439 AWI SAB<br><br>ORDER VACATING HEARING DATE OF JULY 15, 2013 |

Plaintiffs have made a motion for judgment on the pleadings. Doc. 921. Defendants have filed an opposition. Doc. 935. Plaintiffs have filed a reply. Doc. 939. The court has reviewed the papers filed and has determined oral argument is not useful at this time. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 15, 2013, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: July 10, 2013

_____
SENIOR DISTRICT JUDGE