1

2

3

4

5                 **UNITED STATES DISTRICT COURT**

6                 **EASTERN DISTRICT OF CALIFORNIA**

7

8  | **FOX HOLLOW OF TURLOCK** | **CASE NO. 1:03-CV-5439 AWI SAB** |
   **OWNER'S ASSOCIATION, a California**

9  **Nonprofit Mutual Benefit Corporation, et**   **ORDER VACATING HEARING DATE**
   **al.,**                                        **OF SEPTEMBER 9, 2013**

10

11                    **Plaintiffs**

12          **v.**

13  **MAUCTRST, LLC, et al.,**

14                    **Defendants**

15

16        Defendants have made motions to sever and stay (Doc. 943) and to reopen discovery (Doc.

17  932).  Plaintiffs oppose the motions.  The court has reviewed the papers filed and has determined

18  oral argument is not useful at this time. See Local Rule 230(g).

19        Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 9,

20  2013, is VACATED, and no party shall appear at that time.

21

22

23  IT IS SO ORDERED.

24  Dated:   September 4, 2013         _____

25                                        SENIOR  DISTRICT  JUDGE

26

27

28