1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FOX HOLLOW OF TURLOCK OWNER'S ASSOCIATION, a California Nonprofit Mutual Benefit Corporation, et al.,**<br><br>**Plaintiffs**<br><br>**v.**<br><br>**MAUCTRST, LLC, et al.,**<br><br>**Defendants** | **CASE NO. 1:03-CV-5439 AWI SAB**<br><br>**ORDER VACATING HEARING DATE OF OCTOBER 21, 2013** |

Plaintiffs have made a motion for sanctions against Richard Sinclair. Doc. 973.  Richard Sinclair opposes the motion. Doc. 982.  The court has reviewed the papers filed and has determined oral argument is not useful at this time. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 21, 2013, is VACATED, and no party shall appear at that time.

IT IS SO ORDERED.

Dated:   October 17, 2013

_____
SENIOR  DISTRICT  JUDGE