# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FOX HOLLOW OF TURLOCK OWNER'S ASSOCIATION, a California Nonprofit Mutual Benefit Corporation, et al.,**<br><br>**Plaintiffs**<br><br>v.<br><br>**MAUCTRST, LLC, et al.,**<br><br>**Defendants** | CASE NO. 1:03-CV-5439 AWI SAB<br><br>ORDER VACATING HEARING DATE OF JANUARY 6, 2014 |

Plaintiffs have made a motion (and amended motion) for sanctions against Richard Sinclair. Docs. 993 and 1002. Richard Sinclair opposes the motion. Doc. 1003. The court has reviewed the papers filed and has determined oral argument is not useful at this time. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 6, 2014, is VACATED, and no party shall appear at that time.

IT IS SO ORDERED.

Dated:   January 2, 2014                         _____
                                                  SENIOR DISTRICT JUDGE