# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SINCLAIR, et al., | Case No. 1:03-cv-05439-AWI-SAB |
| Plaintiffs, | ORDER RE CONDITIONAL SETTLEMENT |
| v. | (ECF No. 1009) |
| FOX HOLLOW OF TURLOCK OWNERS ASSOCIATION, et al., | DISPOSITIONAL DOCUMENTS DUE APRIL 1, 2014 |
| Defendants. | |
| AND RELATED CROSS CLAIMS | |

On February 6, 2014, the parties filed a notice that settlement had been reached between California Equity Management Group, Inc. and Fox Hollow of Turlock Owners' Association and Gregory Mauchley, Mauctrst, LLC, and Diaina Mauchley. The settling parties are HEREBY ORDERED to file dispositional documents by April 1, 2014.

IT IS SO ORDERED.

Dated:   **March 3, 2014**

UNITED STATES MAGISTRATE JUDGE

1