McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
D. Greg Durbin, #81749
   *greg.durbin@mccormickbarstow.com*
John M. Dunn, #166482
   *john.dunn@mccormickbarstow.com*
William H. Littlewood, #202877
   *william.littlewood@mccormickbarstow.com*
Daniel S. Cho, #260902
   *daniel.cho@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Plaintiffs, Defendants and Cross-Defendants FOX HOLLOW OF TURLOCK OWNERS ASSOCIATION and CALIFORNIA EQUITY MANAGEMENT GROUP, INC. and Defendant and Cross-Defendant ANDREW KATAKIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; et al., <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD SINCLAIR, an individual; et al., <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS | Case No. 1:03-CV-05439-AWI-SAB <br><br> **STIPULATION RE: (1) PENDING MOTION FOR ORDER ALTERING OR AMENDING ORDER DISMISSING CLAIMS AGAINST MAUCTRST, LLC AND APPLICATION FOR RECONSIDERATION [DOCKET #S 897, 900]; AND (2) ENTRY OF DEFAULT AGAINST MAUCTRST, LLC** |

**STIPULATION**

WHEREAS Plaintiffs Fox Hollow of Turlock Owners Association and California Equity Management Group, Inc. ("Plaintiffs") filed their Consolidated Amended and Supplemental Complaint for Declaratory and Injunctive Relief and for Damages herein on July 21, 2010 against Gregory Mauchley ("Mr. Mauchley"), Mauctrst, LLC ("Mauctrst") and others (Docket # 410) (the "Consolidated Amended Complaint");

1

STIPULATION RE: (1) PENDING MOTION FOR ORDER ALTERING OR AMENDING ORDER DISMISSING CLAIMS AGAINST MAUCTRST, LLC AND APPLICATION FOR RECONSIDERATION [DOCKET #S 897, 900]; AND (2) ENTRY OF DEFAULT AGAINST MAUCTRST, LLC

1  WHEREAS Mr. Mauchley and others filed their Answer to the Consolidated Amended
2  Complaint and a Cross-Complaint against Plaintiffs and Andrew Katakis (collectively, the
3  "CEMG/Fox Hollow Parties") on August 10, 2010 (Docket #s 423 & 425);

4  WHEREAS Mauctrst and others filed an Answer to the Consolidated Amended Complaint on
5  January 18, 2011 (Docket # 467);

6  WHEREAS Mauctrst and others had previously filed a First Amended Complaint in one of the
7  actions consolidated herein against the CEMG/Fox Hollow Parties on December 22, 2004 (the
8  "December 22, 2004 Complaint") (Docket # 80) and the CEMG/Fox Hollow Parties had filed an
9  answer thereto on March 9, 2005 (Docket # 84);

10 WHEREAS the CEMG/Fox Hollow Parties filed a motion herein on November 15, 2012, for
11 Judgment on the Pleadings as to: (1) claims asserted by Mauctrst, LLC in its December 22, 2004 First
12 Amended Complaint; and (2) against Mauctrst, LLC on Plaintiffs' Consolidated Amended Complaint
13 in which the CEMG/Fox Hollow Parties moved "for an order granting judgment on the pleadings as to
14 (1) claims asserted by Mauctrst, LLC in its December 22, 2004, First Amended Complaint; and (2) an
15 entry of default against Mauctrst, LLC on Fox Hollow HOA's and CEMG's Consolidated Amended
16 Supplemental Complaint for Declaratory and Injunctive Relief and Damages (Docket # 410)" (Docket
17 # 869, 2:4-8);

18 WHEREAS Mr. Mauchley and Mauctrst, LLC filed their opposition to said motion on
19 December 21, 2012 (Docket # 878) and the CEMG/Fox Hollow Parties filed their reply in support of
20 such motion on December 28, 2012 (Docket # 880);

21 WHEREAS the Court, in its Order re Motion for Judgment on the Pleadings entered herein on
22 April 15, 2013, (Docket # 892) granted the motion in part and denied it in part, directing: "all claims
23 by and against Mauctrst, LLC are dismissed.  Mauctrst, LLC itself is dismissed from the case."
24 (Docket # 892, 7:8-10);

25 WHEREAS the CEMG/Fox Hollow Parties filed a Motion for an Order Altering or Amending
26 Order Dismissing Claim Asserted against Mauctrst, LLC (Docket # 892) and Vacating Judgment
27 Entered Thereon (Docket # 893) on May 9, 2013 (Docket # 897) and an Application for
28 Reconsideration Pursuant to L.R. 230(j) in Support of Motion by the CEMG/Fox Hollow Parties for

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2

STIPULATION RE: (1) PENDING MOTION FOR ORDER ALTERING OR AMENDING ORDER DISMISSING
CLAIMS AGAINST MAUCTRST, LLC AND APPLICATION FOR RECONSIDERATION [DOCKET #S 897,
900];  AND (2) ENTRY OF DEFAULT AGAINST MAUCTRST, LLC

an Order Altering or Amended Order Dismissing Claims Asserted against Mauctrst LLC (Docket # 892), and Vacating Judgment Entered Thereon (Docket # 900) (collectively the "Motion To Set Aside And For Reconsideration");

WHEREAS Mr. Mauchley and Mauctrst, LLC filed their opposition to the Motion To Set Aside And For Reconsideration on May 31, 2013 (Docket # 914) and the CEMG/Fox Hollow Parties filed their reply in support of such motion on June 10, 2013 (Docket # 917);

WHEREAS the Court, by Order entered on June 14, 2013, vacated the hearing on such motion and requested additional briefing (Docket # 920);

WHEREAS the CEMG/Fox Hollow Parties provided additional briefing thereon on July 10, 2013 (Docket # 940) and Mr. Mauchley and Mauctrst, LLC provided additional briefing thereon on July 31, 2013 (Docket # 960);

WHEREAS Mr. Mauchley, on October 4, 2013, filed a Petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, District of Utah, Case No. 13-31334 (the "Mauchley bankruptcy") [Docket # 981];

WHEREAS the CEMG/Fox Hollow Parties, Mr. Mauchley, Mauctrst, LLC and Mrs. Mauchley, have reached a global settlement involving the within action, as well as a State Court judgment and a request for an award of attorneys' fees on appeal, claims of non-dischargability in the Mauchley bankruptcy, and additional claims;

WHEREAS, as part of that settlement, the Parties have stipulated and agreed that the Court grant the Motion To Set Aside And For Reconsideration and that a default against Mauctrst, LLC on the Consolidate Amended Complaint be entered herein:

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Cross-Defendants Fox Hollow of Turlock Owners Association and California Equity Management Group, and Defendant and Cross-Defendant Andrew Katakis (collectively the "CEMG/Fox Hollow Parties") on the one hand, and Gregory Mauchley, Diane Mauchley, and Mauctrst, LLC (collectively the "Mauchley Parties") on the other hand that:

1. Mr. Mauchley and Mauctrst, LLC hereby withdraw their opposition to the Motion To Set Aside And For Reconsideration (Docket #s 914 & 960);

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3

STIPULATION RE: (1) PENDING MOTION FOR ORDER ALTERING OR AMENDING ORDER DISMISSING CLAIMS AGAINST MAUCTRST, LLC AND APPLICATION FOR RECONSIDERATION [DOCKET #S 897, 900]; AND (2) ENTRY OF DEFAULT AGAINST MAUCTRST, LLC

2. Mr. Mauchley and Mauctrst, LLC hereby request the court to grant the Motion To Set Aside And For Reconsideration and vacate the judgment of dismissal in favor of Mauctrst LLC (Docket # 893) while maintaining the order of the court dismissing the December 22, 2004 Complaint as the Mauctrst LLC; and

3. Mr. Mauchley and Mauctrst, LLC hereby request the Court strike the answer of Mauctrst LLC (and only Mauctrst LLC) to the Consolidated Amended Complaint (Docket # 467) and thereon enter the default of Mauctrst LLC on the Consolidated Amended Complaint.

.

Dated: March ___, 2014                    McCORMICK, BARSTOW, SHEPPARD,
                                          WAYTE & CARRUTH LLP


                                          By:_____
                                              D. Greg Durbin
                                              John M. Dunn
                                              William H. Littlewood
                                              Daniel S. Cho
                                          Attorneys for Plaintiffs, Defendants and Cross-
                                          Defendants FOX HOLLOW OF TURLOCK
                                          OWNERS ASSOCIATION and CALIFORNIA
                                          EQUITY MANAGEMENT GROUP, INC. and
                                          Defendant and Cross-Defendant ANDREW
                                          KATAKIS

Dated: March ___, 2014                    PERKINS, MANN & EVERETT


                                          By:_____
                                              Curtis D. Rindlesbacher
                                              Craig A. Tristao
                                          Attorneys for Defendants Gregory Mauchley and
                                          Mauctrst, LLC

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

4

STIPULATION RE: (1) PENDING MOTION FOR ORDER ALTERING OR AMENDING ORDER DISMISSING CLAIMS AGAINST MAUCTRST, LLC AND APPLICATION FOR RECONSIDERATION [DOCKET #S 897, 900]; AND (2) ENTRY OF DEFAULT AGAINST MAUCTRST, LLC

WE HEREBY AGREE TO THIS STIPULATION

Dated: January 24, 2014

                                            */s/ Gregory Mauchley*
                                            Gregory Mauchley, individually
                                            and on behalf of Mauctrst LLC

Dated: January 24, 2014

                                            */s/ Diana Mauchley*
                                            Diana Mauchley, individually
                                            and on behalf of Mauctrst LLC

## ORDER

THE MAUCHLEY PARTEIS AND THE CEMG/FOX HOLLOW PARTEIS HAVING SO STIPULATED AND AGREED, and good cause appearing, is hereby ordered that:

1.  The opposition of Mr. Mauchley and Mauctrst, LLC to the Motion To Set Aside And For Reconsideration (Docket #s 914 & 960) is hereby withdrawn;

2.  The Motion To Set Aside And For Reconsideration is hereby granted and the judgment of dismissal in favor of Mauctrst LLC is hereby vacated (Docket # 893) while maintaining the order of the court dismissing the December 22, 2004 Complaint as the Mauctrst LLC; and

3.  The answer of Mauctrst LLC (and only Mauctrst LLC) to the Consolidated Amended Complaint (Docket # 467) is hereby struck and the default of Mauctrst LLC on the Consolidated Amended Complaint (Docket # 410) is hereby entered.

IT IS SO ORDERED.

Dated: March 17, 2014                                                     _____
                                                                  SENIOR DISTRICT JUDGE

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

STIPULATION RE: (1) PENDING MOTION FOR ORDER ALTERING OR AMENDING ORDER DISMISSING CLAIMS AGAINST MAUCTRST, LLC AND APPLICATION FOR RECONSIDERATION [DOCKET #S 897, 900]; AND (2) ENTRY OF DEFAULT AGAINST MAUCTRST, LLC