UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNER'S ASSOCIATION, a California Nonprofit Mutual Benefit Corporation, et al.,<br><br>**Plaintiffs**<br><br>v.<br><br>MAUCTRST, LLC, et al.,<br><br>**Defendants** | CASE NO. 1:03-CV-5439 AWI SAB<br><br>ORDER VACATING HEARING DATE OF MAY 12, 2014 |

Plaintiffs have made a motion for final judgment as to Andrew Katakis under Fed. Rule Civ. Proc. 54(b).  Doc. 1015.  Defendants oppose the motion.  Doc. 1019.  The court has reviewed the papers filed and has determined oral argument is not useful at this time.  See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 12, 2014, is VACATED, and no party shall appear at that time.

IT IS SO ORDERED.

Dated:   May 8, 2014                              _____
                                                                    SENIOR DISTRICT JUDGE