# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SINCLAIR, et al., | Case No. 1:03-cv-05439-AWI-SAB |
| Plaintiffs, | ORDER DENYING PLAINTIFF'S MOTION FOR CHANGE OF HEARING |
| v. | (ECF No. 1038) |
| FOX HOLLOW OF TURLOCK OWNERS ASSOCIATION, et al., | |
| Defendants. | |

On June 26, 2014, Fox Hollow of Turlock Owners' Association and California Equity Management Group, Inc. filed a motion for sanctions against Richard Sinclair, Brandon Sinclair, Lairtrust, LLC, and Capstone, LLC. (ECF No. 1032.) The motion was referred to the undersigned and a hearing on the motion was scheduled for July 30, 2014 at 10:00 a.m. in Courtroom 9. (ECF No. 1037.) On July 1, 2014, Richard Sinclair filed an ex parte application to change the hearing date. (ECF No. 1038.)

Mr. Sinclair is directed to the Court's website at www.caed.uscourts.gov under Judges; Boone (SAB); Standard Information (in the area entitled "Case Management Procedures") for specific information regarding Chambers' procedures. As Mr. Sinclair was informed, civil law and motion hearings are held on Wednesdays at 10:00 a.m. in Courtroom 9. Mr. Sinclair was provided with dates on which the Court was available to hear law and motion, however his

1

request does not include any availability during the Court's law and motion calendar.

The Court shall deny the ex parte motion for a change of hearing without prejudice. Mr. Sinclair is directed to confer with opposing counsel in this action to determine a date on which all parties are able to appear. Any further request for the hearing to be moved must include a date on which the Court hears law and motion matters and is agreeable to all parties.

Accordingly, IT IS HEREBY ORDERED that Richard Sinclair's ex parte motion to change the hearing date is DENIED without prejudice. The hearing shall remain set for July 30, 2014 at 10:00 a.m. in Department 9.

IT IS SO ORDERED.

Dated: **July 3, 2014**

UNITED STATES MAGISTRATE JUDGE