RICHARD C. SINCLAIR, SBN: 068238
ATTORNEY AT LAW
P.O. Box 1628
Oakdale, CA 95361
TEL: (209) 677-3185

Attorney for In Pro Per

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW KATAKIS, individually and dba CALIFORNIA EQUITY MANAGEMENT GROUP, INC., and dba FOX HOLLOW OF TURLOCK OWNERS ASSOCIATION; CALIFORNIA EQUITY MANAGEMENT GROUP, INC.; FOX HOLLOW OF TURLOCK OWNERS ASSOCIATION<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD C. SINCLAIR, et al.<br><br>Defendants. | CASE NO.: 03-cv-05439 AWI-SAB<br><br>(Consolidated with Case No. 1:03-CV-5774 OWW SMS and Stanislaus County Superior Court Case No. 332675)<br><br>ORDER ON STIPULATION TO CONTINUE MOTION HEARING DATE |

Plaintiffs and Defendants, by and through their attorneys hereby agree and stipulate to continue all three Motion hearings, in the above-entitled matter, from July 30, 2014 at 10:00 am in Courtroom 9 to August 27, 2013 at 10:00 am in Courtroom 9, due to Mr. Sinclair's unavailability.

This may be executed in counterparts.

DATED:  July 16, 2014          _____/s/ RICHARD C. SINCLAIR_____
                                RICHARD C. SINCLAIR


DATED:  _July 16, 2014_        _____/s/ D. GREG DURBIN_____
                                D. GREG DURBIN, Esq.


DATED:  __July 16, 2014__      _____/s/ JANLYNN R. FLEENER_____
                                JANLYNN R. FLEENER, Esq.


## ORDER

Pursuant to the stipulation of the parties, Defendant Sinclair's motion to amend the scheduling order, Plaintiff Flake's motion to amend the scheduling order, and Plaintiff Fox Hollow's motion for sanctions shall be continued from July 30, 2014 to August 27, 2014 at 10:00 a.m. in Courtroom 9.  It is additionally ordered that the status hearing set for August 27, 2014 at 3:00 p.m. is advanced to 10:00 a.m. on that same date.

IT IS SO ORDERED.

Dated:   **July 17, 2014**

UNITED STATES MAGISTRATE JUDGE