# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FOX HOLLOW OF TURLOCK OWNER'S ASSOCIATION, a California Nonprofit Mutual Benefit Corporation, et al.,**<br><br>**Plaintiffs**<br><br>v.<br><br>**MAUCTRST, LLC, et al.,**<br><br>**Defendants** | Case No.  1:03-cv-05439-AWI-SAB<br><br>ORDER STAYING ALL PROCEEDINGS IN THIS MATTER AGAINST RICHARD SINCLAIR<br><br>(Doc. 1078) |

On November 25, 2014, Richard Sinclair filed a notice of filing of bankruptcy.  Pursuant to 11 U.S.C. § 362(a) all actions against a defendant who has filed a bankruptcy petition are automatically stayed once the petition is filed. Sternberg v. Johnston, 559 F.3d 937, 943 (9th Cir. 2010).  However, a suit against a co-defendant is not automatically stayed by the debtor's bankruptcy filing. In re Miller, 262 B.R. 499, 503 (9th Cir. 2001).  Accordingly, all proceedings in this matter against Defendant Richard Sinclair are HEREBY STAYED pursuant to Section 362(a).

IT IS SO ORDERED.

Dated:   November 26, 2014                                  _____
                                                                                       SENIOR  DISTRICT  JUDGE

1