1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  D. Greg Durbin, #81749
     *greg.durbin@mccormickbarstow.com*
3  John M. Dunn, #166482
     *john.dunn@mccormickbarstow.com*
4  Daniel S. Cho, #260902
     *daniel.cho@mccormickbarstow.com*
5  7647 North Fresno Street
   Fresno, California 93720
6  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
7
   Attorneys for Plaintiffs, Defendants and Cross-
8  Defendants FOX HOLLOW OF TURLOCK
   OWNERS ASSOCIATION and CALIFORNIA
9  EQUITY MANAGEMENT GROUP, INC. and
   Defendant and Cross-Defendant ANDREW
10 KATAKIS

11                    UNITED STATES DISTRICT COURT

12            EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

13

14 | FOX HOLLOW OF TURLOCK OWNERS'     | Case No. 1:03-CV-05439-AWI-SAB
   | ASSOCIATION, a California Nonprofit |
15 | Mutual Benefit Corporation; et al.,  | **NOTICE OF ORDER MODIFYING
   |                                      | BANKRUPTCY STAY AND REQUEST
16 |               Plaintiffs,            | TO SET STATUS CONFERENCE AND
   |                                      | ORDER**
17 |        v.                            |
   |                                      | Judge:  Hon. Anthony W. Ishii
18 | RICHARD SINCLAIR, an individual; et al., | Crtrm.:  2
   |                                      |
19 |               Defendants.            | Trial Date:       July 21, 2015
   |                                      |
20 | AND CONSOLIDATED ACTIONS           |
   |                                      |
21 |                                      |

22 **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

23          **NOTICE OF ORDER MODIFYING BANKRUPTCY STAY**

24      **PLEASE TAKE NOTICE** that in the bankruptcy proceeding previously filed by Defendant

25 Richard Sinclair in the United States Bankruptcy Court, Eastern District of California, Case No. 14-

26 91565-E-11, the Bankruptcy Court, in Adversary Proceeding No. 15-09008 therein, issued an Order

27 on May 4, 2015 modifying the automatic stay to allow Plaintiffs California Equity Management

28 Group, Inc. and Fox Hollow of Turlock Owners' Association ("Plaintiffs"), and each of them, and

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

1

1  their attorneys, agents and representatives, to litigate to final judgment, including all appeals therefore,

2  the claims, rights, and interests asserted herein and in this consolidated action.  [Adv. Proc. 15-09008,

3  Dkt. #19].   A true and correct copy of the Bankruptcy Court's May 4, 2015 Order Modifying

4  Automatic Stay is attached hereto as Exhibit "A".

5  **REQUEST FOR THE COURT TO SET STATUS CONFERENCE**

6  In light of the May 4, 2015 Order Modifying Automatic Stay permitting Plaintiffs to proceed

7  on its claims herein, Plaintiffs request, pursuant to and in accordance with Local Rule 240, that the

8  Court set a status conference on June 3, 2015, at 8:30 am, to coincide with the pretrial conference set

9  herein for the trial of the action against the defendants against who a default has not been entered, with

10  the purpose of the status conference being the setting of a hearing for the purposes of a prove up on

11  damages against the defendants who have had their defaults entered herein on the Consolidated

12  Amended Complaint (Docket # 410), filed July 21, 2010.  The defaulted defendants include Defendant

13  Mauctrst LLC, whose default was entered by order of the Court on March 11, 2014 [Dkt. # 1012],

14  and Defendants Richard Sinclair, Brandon Sinclair, Lairtrust LLC, and Capstone LLC, whose defaults

15  were entered by order of this Court on September 26, 2014 [Dkt. # 1070].

16  Dated:  May 11, 2015                                             Respectfully submitted,

17                                                   McCORMICK, BARSTOW, SHEPPARD,
                                                       WAYTE & CARRUTH LLP
18

19

20                                    By: _____*Daniel S. Cho*_____
                                                          D. Greg Durbin
21                                                        Daniel S. Cho
                                          Attorneys for Plaintiffs, Defendants and Cross-
22                                         Defendants FOX HOLLOW OF TURLOCK
                                          OWNERS ASSOCIATION and CALIFORNIA
23                                        EQUITY MANAGEMENT GROUP, INC. and
                                           Defendant and Cross-Defendant ANDREW
24                                                          KATAKIS

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2

1

## ORDER SETTING STATUS CONFERENCE

2      In light of the Bankruptcy Court's May 4, 2015 Order Modifying Automatic Stay (Bktcy Case

3 No. 14-915650-E-11; Adv. Proc. 15-09008, Adv. Proc. Dkt. #19), the Court hereby sets a status

4 conference for **JUNE 4, 2015 at 10:00 a.m.** in Courtroom 2 to set a hearing date to determine

5 damages against Defendants Mauctrst LLC, Richard Sinclair, Brandon Sinclair, Lairtrust LLC, and

6 Capstone LLC on the Consolidated Amended Complaint filed July 21, 2010 [Dkt. # 410].

7

8      The Pretrial Conference previously scheduled for June 3, 2015 at 8:30 a.m. is rescheduled for

9 **JUNE 4, 2015 at 10:00 a.m.** in Courtroom 2.

10

11 IT IS SO ORDERED.

12 Dated:   May 11, 2015                          _____
                                                  SENIOR  DISTRICT  JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720