# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SINCLAIR, et al., | Case No. 1:03-cv-05439-AWI-SAB |
| Plaintiffs, | ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN SEVENTY DAYS |
| v. | |
| FOX HOLLOW OF TURLOCK OWNERS ASSOCIATION, et al., | |
| Defendants. | |

Following a long and complicated history, this action is proceeding on Plaintiffs Fox Hollow of Turlock Owner's Association and California Equity Management Group, Inc. claims against Defendants Stanley Flake, individually and in his capacity as trustee of the Julie Insurance Trust and the Capstone Trust. The Court conducted a settlement conference with the parties on July 17, 2015, at which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action related to these particular parties are VACATED;

2. The parties shall file dispositional documents within seventy (70) days from the date of service of this order; and

/ / /

1

3. The Court shall retain jurisdiction to enforce the settlement agreement reached by the parties.

IT IS SO ORDERED.

Dated: __**July 20, 2015**__

_____
UNITED STATES MAGISTRATE JUDGE