UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MAUCTRST, LLC, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. 1:03-CV-05439-AWI-SAB<br><br>**STIPULATION AND ORDER FOR RELEASE OF HOLD ON FUNDS HELD BY THE VANGUARD GROUP, INC.** |

**STIPULATION**

Plaintiff Fox Hollow of Turlock Owners' Association, a California non-profit mutual benefit corporation ("Fox Hollow HOA"), Plaintiff California Equity Management Group, Inc., a California corporation ("CEMG"), and Andrew B. Katakis (collectively, the "CEMG Parties"), on the one hand, and Defendant Stanley Flake, individually, in his capacity as trustee of the Julie Insurance Trust, and in his capacity as trustee of the Capstone Trust (collectively, the "Flake Defendants"), on the other hand, hereby stipulate and agree as follows:

1. On Friday, July 17, 2015, the CEMG Parties and the Flake Defendants reached a confidential settlement of all matters pending between them. Those matters include, but are not limited to, the above-captioned federal lawsuit as well as the following pending matters:

1

    a.    Mauctrst, LLC, et al., v. Andrew Katakis, et al., and related cross-actions; Superior Court of California, County of Stanislaus, case number 332233;

    b.    Katakis, et al., v. Mauctrst, LLC, et al., Second Judicial District Court, State of Nevada, Washoe County, case number CV12-00104;

    c.    Andrew Katakis, et al. v. Stanley M. Flake, et al., Superior Court of California, County of Stanislaus, case number 668157;

    d.    Andrew Katakis, et al., v. Mauctrst, LLC, et al., Superior Court of California, County of Stanislaus, case number 2012187;

    e.    Mauctrst, LLC, et al., v. Andrew Katakis, et al., 15th Judicial District of Pennsylvania, Court of Common Pleas of Chester County, case number 2013-08941; and

    f.    Mauctrst, LLC, et al., v. Andrew Katakis, et al., Superior Court of Arizona, County of Maricopa, case numbers CV2014-001963, CV2014-002547, CV2014-002548, CV2014-003840, and CV2014-014898

2.    In or about August 2013, in response to a writ of garnishment served by the CEMG Parties on The Vanguard Group, Inc. ("Vanguard") in connection with the enforcement action filed by the CEMG Parties in the Second Judicial District Court, State of Nevada, Washoe County, case number CV12-00104 (hereinafter the "Nevada Action"), Vanguard placed a "freeze" on the accounts of Stanley Flake and those for which he is a trustee. A true and accurate copy of a letter sent by Vanguard to the Las Vegas Township Constable on or about August 23, 2013 notifying the Constable and all parties of the "freeze" is attached hereto as **Exhibit A**.

3.    The CEMG Parties and the Flake Defendants hereby stipulate and agree that Vanguard should immediately lift and release the "freeze" it put on any and all accounts of Stanley Flake, whether held by Stanley Flake individually, as a trustee, or in any other capacity, and thereby restore Stanley Flake's rights to full access of all accounts maintained at Vanguard. Pursuant to this stipulation, the parties request an Order from this Court directing Vanguard to immediately release its "freeze" on the accounts.

5.    This stipulation is entered into pursuant to the confidential settlement reached by and between the CEMG Parties and the Flake Defendants, which settlement is of matters pending between the CEMG Parties and the Flake Defendants only. Nothing stated herein is either intended to, or shall, (i) alter the terms of the settlement reached by the CEMG Parties and the

Flake Defendants or (ii) impact the rights or obligations of any other person or entity, unless as otherwise stated in the confidential settlement.

      6.      The confidential settlement includes releases of the Flake Affiliates, as that term is defined in the Confidential Settlement Agreement and Mutual General Releases which has been executed by the parties. The Flake Affiliates include those trusts and entities identified by Vanguard in the responses it provided to the garnishment interrogatories served upon it by the CEMG Parties.

      IT IS SO STIPULATED.

Dated: July 28, 2015            McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:   */s/ D. Greg Durbin*
     *(as authorized 7/28/15)*
     D. Greg Durbin
     Ben Nicholson
Attorneys for Plaintiffs, Defendants and Cross-Defendants FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION and CALIFORNIA EQUITY MANAGEMENT GROUP, INC. and Defendant and Cross-Defendant ANDREW KATAKIS

Dated: July 29, 2015            DOWNEY BRAND LLP

By:   */s/ Katie Konz*
     Janlynn R. Fleener
     Katie Konz
Attorneys for Defendant STANLEY FLAKE, INDIVIDUALLY, AS TRUSTEE OF THE CAPSTONE TRUST; AND AS TRUSTEE OF THE JULIE INSURANCE TRUST

**ORDER**

The CEMG Parties and the Flake Defendants having stipulated and agreed as set forth above, and good cause appearing therefor, IT IS HEREBY ORDERED that The Vanguard Group, Inc. shall immediately lift and release the "freeze" it put on any and all accounts of Stanley Flake, whether held by Stanley Flake individually, as a trustee, or in any other capacity, and thereby restore Stanley Flake's rights to full access of all accounts maintained at Vanguard.

IT IS SO ORDERED.

Dated:   **July 29, 2015**

_____
UNITED STATES MAGISTRATE JUDGE