McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
D. Greg Durbin, #81749
  *greg.durbin@mccormickbarstow.com*
John M. Dunn, #166482
  *john.dunn@mccormickbarstow.com*
Ben Nicholson, #239893
  *ben.nicholson@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Plaintiffs, Defendants and Cross-Defendants FOX HOLLOW OF TURLOCK OWNERS ASSOCIATION and CALIFORNIA EQUITY MANAGEMENT GROUP, INC. and Defendant and Cross-Defendant ANDREW KATAKIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNERS' ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MAUCTRST, LLC, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | Case No. 1:03-CV-05439-AWI-SAB<br><br>**STIPULATION AND ORDER FOR DISMISSAL BETWEEN PLAINTIFFS AND CERTAIN DEFENDANTS ONLY**<br><br>**[FRCP Rule 41(a)(2)]** |

### STIPULATION

NOW COMES Plaintiffs Fox Hollow of Turlock Owners' Association ("Fox Hollow HOA") and California Equity Management Group, Inc. ("CEMG") (collectively the "Plaintiffs"), and Defendants Stanley M. Flake, Stanley M. Flake, as Trustee of the Julie Insurance Trust, Stanley M. Flake, as Trustee of the Capstone Trust, and Stanley Flake, as Trustee of the F. Hanse Trust, (collectively the "Flake Defendants"), and hereby stipulate and agree pursuant to a Confidential

Settlement Agreement and Mutual General Releases, dated effective July 17, 2015, that the within action, as to the Flake Defendants, and only as to the Flake Defendants, be dismissed with prejudice with the Court retaining jurisdiction to enforce the settlement, and with the action, except as so dismissed, continuing as to the defaulted defendants on the Consolidated Amended and Supplemental Complaint filed herein on July 20, 2010 (Docket #410).

Dated: September _4_, 2015

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ D. Greg Durbin*
D. Greg Durbin
Ben Nicholson
Attorneys for Plaintiffs
FOX HOLLOW OF TURLOCK OWNERS ASSOCIATION and CALIFORNIA EQUITY MANAGEMENT GROUP, INC.

Dated: September _4__, 2015

DOWNEY BRAND LLP

By: */s/ Janlynn R. Fleener*
Janlynn R. Fleener
Attorneys for Defendants
STANLEY FLAKE, individually, as Trustee of the Julie Insurance Trust, as Trustee of the Capstone Trust, and as trustee of the F. Hanse Trust

///

///

///

**ORDER**

Upon the stipulation of Plaintiffs Fox Hollow of Turlock Owners' Association ("Fox Hollow HOA") and California Equity Management Group, Inc. ("CEMG") (collectively the "Plaintiffs"), and Defendants Stanley M. Flake, Stanley M. Flake, as Trustee of the Julie Insurance Trust, Stanley M. Flake, as Trustee of the Capstone Trust, and Stanley Flake, as Trustee of the F. Hanse Trust, (collectively the "Flake Defendants"), pursuant to the Confidential Settlement Agreement and Mutual Genreal Releases, dated effective July 17, 2015, and good cause appearing:

IT IS HEREBY ORDERED that the dismissal with prejudice of Defendants Stanley M. Flake, Stanley M. Flake, as Trustee of the Julie Insurance Trust, Stanley M. Flake, as Trustee of the Capstone Trust, and Stanley Flake, as Trustee of the F. Hanse Trust, and each of them, be entered herein, with the Court retaining jurisdiction to enforce the settlement, and with the action, except as so dismissed, continuing as to the defaulted defendants on the Consolidated Amended and Supplemental Complaint filed herein on July 20, 2010 (Docket #410).

IT IS SO ORDERED.

Dated:   September 4, 2015                              _____
                                                         SENIOR DISTRICT JUDGE