UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FOX HOLLOW OF TURLOCK OWNER'S ASSOCIATION, a California Nonprofit Mutual Benefit Corporation, et al.,**<br><br>**Plaintiffs**<br><br>v.<br><br>**MAUCTRST, LLC, et al.,**<br><br>**Defendants** | **CASE NO. 1:03-CV-5439 AWI SAB**<br><br>**ORDER SETTING STATUS CONFERENCE ON JANUARY 11, 2016** |

The court ordered the parties to meet and confer to set a mutually agreeable status conference hearing date. Doc. 1189.  Defendants have made efforts but the parties were not able to confer. Doc. 1191.  Over the summer, Richard Sinclair suffered an accident and asserts he is not able to proceed with the case at this time. Doc. 1190.  In Richard Sinclair's bankruptcy proceeding, a hearing has been set for December 17, 2015 on the question of Richard Sinclair's competency. Doc. 1192, Ex. A.  Therefore, a status conference is set for Monday, January 11, 2016 at 1:30 PM in courtroom 2.  The purpose of the hearing is to determine how to proceed and to schedule a damages prove up trial.  Richard Sinclair, Brandon Sinclair, and counsel for Plaintiffs are ordered to appear personally. Any other party in this case may also participate.

IT IS SO ORDERED.

Dated:   November 20, 2015            _____
                                       SENIOR DISTRICT JUDGE