Curtis D. Rindlisbacher, #142929
Craig A. Tristão, #256528
PERKINS, MANN & EVERETT
       INCORPORATED
7815 N. Palm Avenue, Suite 200
Fresno, California 93711
Telephone: (559) 447-5700
Facsimile (559) 447-5600

James K. Tracy (Utah State Bar #6668) (admitted pro hac vice)
Eric G. Goodrich (Utah State Bar #12521) (admitted pro hac vice)
BENNETT TUELLER JOHNSON & DEERE, LLC
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050

Attorneys for Defendants Gregory Mauchley and Dianna Mauchley

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNER'S ASSOCIATION, et al.,<br><br>                 Plaintiffs,<br><br>        vs.<br><br>RICHARD SINCLAIR, et al.,<br><br>        Defendants.<br><br>───────────────────────<br><br>AND RELATED CROSS-ACTIONS | CASE NO. 1:03-CV-05439-AWI-SAB<br><br>**STIPULATION AND ORDER FOR DISMISSAL BETWEEN PLAINTIFFS AND CERTAIN DEFENDANTS ONLY**<br><br>**[FRCP Rule 41(a)(2)]** |

## STIPULATION

NOW COMES Plaintiffs, Defendants and Cross-Defendants Fox Hollow of Turlock Owners' Association and California Equity Management Group, Inc. and Defendant and Cross-Defendant Andrew Katakis (collectively the "Plaintiffs"), and Defendant and Cross-Complainant Gregory Mauchley and Defendant Dianna Mauchley (collectively the "Mauchley Defendants"), and hereby stipulate and agree pursuant to a Confidential Settlement Agreement and Mutual

General Releases, dated January 24, 2014, that the within action, as between Plaintiffs and the Mauchley Defendants, and only as between Plaintiffs and the Mauchley Defendants, be dismissed without prejudice with the Court retaining jurisdiction to enforce the settlement, and with the action, except as so dismissed, continuing as against the defaulted defendants on the Consolidated Amended and Supplemental Complaint filed herein on July 20, 2010 (Docket #410).

Dated: October 28, 2015

PERKINS, MANN & EVERETT
INCORPORATED

By: /s/ _Craig A. Tristao_
    Curtis D. Rindlisbacher,
    Craig A. Tristao,
    Attorneys for Defendant and Cross-Complainant Gregory Mauchley and Defendant Dianna Mauchley

Dated: October 28, 2015

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _/s/ D. Greg Durbin_
    D. Greg Durbin
    Ben Nicholson
    Attorneys for Plaintiffs, Defendants and Cross-Defendants Fox Hollow of Turlock Owners' Association and California Equity Management Group, Inc. and Defendant and Cross-Defendant Andrew Katakis

## ORDER

Upon the stipulation of Plaintiffs, Defendants and Cross-Defendants Fox Hollow of Turlock Owners' Association and California Equity Management Group, Inc. and Defendant and Cross-Defendant Andrew Katakis  (collectively the "Plaintiffs"), and Defendant and Cross-Complainant Gregory Mauchley and Defendant Dianna Mauchley (collectively the "Mauchley Defendants"), pursuant to the Confidential Settlement Agreement and Mutual General Releases, dated  January 24, 2014, and good cause appearing:

///

1   IT IS HEREBY ORDERED that the within action, as between Plaintiffs and the

2   Mauchley Defendants, and only as between Plaintiffs and the Mauchley Defendants, be and

3   hereby is dismissed without prejudice with the Court retaining jurisdiction to enforce the

4   settlement, and with the action, except as so dismissed, continuing as against the defaulted

5   defendants on the Consolidated Amended and Supplemental Complaint filed herein on July 20,

6   2010 (Docket #410).

7

8   IT IS SO ORDERED.

9   Dated:   November 20, 2015           _____

                                        SENIOR  DISTRICT  JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28