# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX HOLLOW OF TURLOCK OWNER'S ASSOCIATION, a California Nonprofit Mutual Benefit Corporation, et al.,<br><br>Plaintiffs<br><br>v.<br><br>MAUCTRST, LLC, et al.,<br><br>Defendants | CASE NO. 1:03-CV-5439 AWI SAB<br><br>ORDER SETTING HEARING ON MAY 10, 2016 FORDEFAULT JUDGMENT PROVE-UP AND DETERMINATION OF REMEDIES FOR FAILURE TO APPEAR AT THE JANUARY 11, 2016 HEARING |

A status conference was held on January 11, 2016 to schedule a default judgment prove-up hearing in this case.  In the order setting up the status conference, Defendants Brandon and Richard Sinclair were specifically directed to personally appear. Doc. 1194.  Those Defendants did not attend the status conference; they did not appear telephonically or otherwise inform the court that they would not be present.  Plaintiffs, through their counsel Greg Durbin, were present for the hearing.

The default judgment prove-up evidentiary hearing is set for 9:00 AM on May 10, 2016 in courtroom two.  At that hearing, the court will also address any remedies for Defendants Brandon and Richard Sinclair's non-attendance at the January 11, 2016 status conference.  In preparation for the hearing on May 10, 2016, any brief or motion must be filed by April 5, 2016.  A response or opposition is due by April 19, 2016.  Replies should be filed by April 26, 2016.

IT IS SO ORDERED.

Dated:   January 14, 2016                              _____
                                                                                  SENIOR  DISTRICT  JUDGE