# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FOX HOLLOW OF TURLOCK OWNER'S ASSOCIATION, a California Nonprofit Mutual Benefit Corporation, et al.,**<br><br>**Plaintiffs**<br><br>v.<br><br>**MAUCTRST, LLC, et al.,**<br><br>**Defendants** | CASE NO. 1:03-CV-5439 AWI SAB<br><br>ORDER RE: RICHARD SINCLAIR'S REQUEST FOR AN EXTENSION OF DATES |

Defendant Richard Sinclair has filed a motion seeking to extend all dates until March 2016. Doc. 1200. However, there are no dates or deadlines set in February. The default judgment prove-up hearing is set for May 10, 2016 and any associated briefs or motions are due on April 5, 2016. Therefore, Richard Sinclair's motion is denied as MOOT.

IT IS SO ORDERED.

Dated:  February 5, 2016                              _____
                                                                             SENIOR DISTRICT JUDGE